# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY

|  |  |  |
|---|---|---|
| **Bliss Collection, LLC,** | ) | |
| **d/b/a *bella bliss*** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. _____** |
| | ) | **JUDGE:** |
| | ) | |
| **Latham Companies, LLC,** | ) | |
| **d/b/a Little English** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## COMPLAINT AND JURY DEMAND

## I. PRELIMINARY STATEMENT

This is an action by plaintiff Bliss Collection, LLC, doing business as ("d/b/a"), bella bliss (hereinafter "*bella bliss*"), by and through counsel, for claims against defendant Latham Companies, LLC d/b/a Little English (hereinafter "Little English"), seeking injunctive relief and damages from Little English for its willful copyright infringement under 17 U.S.C. § 410, willful trademark infringement under 15 U.S.C. § 1125(a) and the common law of the Commonwealth of Kentucky, unfair competition pursuant to 15 U.S.C. § 1125(a) and the common law of the Commonwealth of Kentucky, and deceptive trade practices under the Consumer Protection Act under Kentucky Revised Statute § 367.010 et seq. *Bella bliss* hereby states as follows:

## II. PARTIES, VENUE AND JURISDICTION

1.    Bliss Collection, LLC is a Kentucky Limited Liability Company doing business as "*bella bliss*," with an address of 800 Winchester Road, Lexington, Kentucky 40505.

2.    Upon information and belief, Latham Companies, LLC is a Kentucky Limited Liability Company doing business as Little English, with an address of 116 Venture Court #5, Lexington, Kentucky 40511.

3.    This Court has original jurisdiction over the unfair competition claims in this matter pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1338(a), as the claims arise under the trademark laws of the United States including, but not limited to, Lanham Act, 15 U.S.C. §§ 1051-1141, specifically 15 U.S.C. § 1125(a), and jurisdiction is proper in accordance with 15 U.S.C. § 1121 and 28 U.S.C. §§ 1338(a) and (b).

4.    Additionally, this Court has pendant, ancillary and/or supplemental jurisdiction over the state law claims asserted in this litigation pursuant to 28 U.S.C. § 1367, as these claims are so related to the federal claims within the Court's original jurisdiction that such state law claims form part of the same case or controversy, under Article III of the United States Constitution.

5.    This Court has personal jurisdiction over Little English under Fed. R. Civ. P. 4 and under Ky. Rev. Stat. Ann. § 454.210 because, upon information and

belief, Little English's principal place of business is located within the Commonwealth of Kentucky in Lexington, KY and at least some of the harm has occurred here in the Commonwealth of Kentucky. Furthermore, Little English transacts business in the Commonwealth of Kentucky, has committed the acts alleged in this Complaint in Kentucky and has regularly solicited business or derived substantial revenue from the infringing goods promoted, advertised, sold, used, and/or consumed in the Commonwealth of Kentucky. Specifically, upon information and belief, Little English has sold and is selling goods that infringe *bella bliss*'s intellectual property in the Commonwealth of Kentucky and has thus purposefully availed itself of the privilege of doing business in the Commonwealth of Kentucky.

6.     Venue is proper pursuant to 28 U.S.C. § 1391, for at least the reason that Little English is subject to this Court's personal jurisdiction for the reasons stated in paragraph 6.

### III. FACTUAL BACKGROUND

#### a) *Bella bliss* and its *bella bliss* Intellectual Property

7.     *Bella bliss* is a high-end infant, children, and women's boutique originally founded in 1999.

8.     *Bella bliss* creates signature, heirloom-quality pieces for a very discerning clientele, with unique hand-made details such as embroidery, knit, and crochet details not found in other boutiques and retailers.

9.    *Bella bliss's* clothing features signature looks such that consumers can readily identify *bella bliss* as the source.

10.    *Bella bliss* was initially formed in 1999 by Ms. Elizabeth (Lisa) McLean, Ms. Shannon Latham, and Ms. Jennifer Vernooy.

11.    *Bella bliss* was established with a mission of empowering women in poverty in South America by providing them with jobs and teaching them trade skills.

12.    *Bella bliss* began as a small, three-person sweater company run out of Ms. Latham's basement, with Ms. McLean designing the majority of the appliques and Ms. Vernooy finding women in Peru to hand-craft the appliques and manufacture the goods to completion.

13.    Ms. McLean of *bella bliss* personally sketches, designs, and coordinates the inspiration behind almost every design and collection, including the appliques, patterns, and prints, and selecting the pantone color choices, in some cases a year to eighteen months in advance.

14.    *Bella bliss* creates items, mainly children's clothing, swimwear, blankets, and other items, perfecting each design pattern to allow for perfect fit and functionality, which is particularly important in children's clothing, as children are not able to articulate when clothing is ill-fitting or uncomfortable, and families purchasing high quality garments except high quality fit, performance, and

functionality.

15.    *Bella bliss* has created a stellar reputation for its clothing, swimwear, blankets, and other items, and prides itself on limited returns of product and glowing customer reviews.

16.    Creating this perfect fit in a design pattern takes extensive resources, research and development, consumer feedback, and market studies.

17.    *Bella bliss* has grown into the sophisticated, refined line of children's items that it is today through hard work and dedication.

18.    *Bella bliss* utilizes unique retro-inspired prints and handmade knits, creating one-of-a-kind heirloom pieces with very distinctive designs attributed to *bella bliss* and readily identifiable by consumers.

19.    *Bella bliss* creates unique designs and custom prints frequently reworked to avoid replication in the market.

20.    Since introducing its *bella bliss* brand to the market in 1999, *bella bliss* has invested substantial time, effort, and money in advertising and promoting its children's clothing under the *bella bliss* brand throughout the United States.

21.    *Bella bliss* enjoys countless positive reviews and glowing consumer feedback on its clothing items.

22.    *Bella bliss* allocates extensive resources to marketing and advertisement, sending out a substantial number of catalogs of its designs each

season and adapting from a mainly wholesale company to a mainly retail company to reach its consumers. The *bella bliss* catalogs are in their tenth year of production and distribution, with an immense investment made to shoot in upscale, unique locations and provide creative content.

23.     In the current economy, *bella bliss's* direct-to-consumer model requires serious capital and continual reinvestment, but this strategy positions *bella bliss* in a different category. This strategy creates more unique customers for *bella bliss* that it may not otherwise procure, and therefore can be more lucrative. However, a consumer's impression of the *bella bliss* brand is vital to the success of the company, and cultivating a good impression and a strong association to its *bella bliss* brand is critical to this type of structure, which thrives off of customer recommendations and positive reviews.

24.     *Bella bliss* has established extensive goodwill in its *bella bliss* brand among consumers and in the industry. *Bella bliss* items have been featured in many high-end magazines and have been the subject of many articles, including in People Magazine, Vogue, Martha Stewart Weddings, Southern Living, Oprah's Favorite Things, and Town & Country.

25.     *Bella bliss* utilizes a distinctive logo in its signature light blue coloring, shown below. Namely, the logo features a lowercase block "b" created from stitching, a nod to *bella bliss*'s signature and unusual use of hand-knit and hand-

crochet fabrics, with a script "b" on top of the block letter and "bella bliss" in lowercase underneath the "b."

26.     To protect its rights to the *bella bliss* brand, *bella bliss* has obtained numerous active federal trademark registrations on the Principal Register of the United States Patent and Trademark Office. A complete listing of *bella bliss's* trademark registrations and pending applications is attached hereto as **Exhibit A**.

27.     *Bella bliss* duly registered *bella bliss* as a trademark for *children's clothing, namely, sweaters, shirts, pants, dresses, hats, pajamas, rompers and sleepers; children's blankets and blanket throws; pillows* with the United States Patent and Trademark Office under U.S. Reg. No. 3,813,454, which registered on July 6, 2010, being first used in interstate commerce at least as early as December 31, 2001.

28.     *Bella bliss* duly registered PRECIOUS PURE BLISS as a trademark for *children's clothing, namely, sweaters, dresses, hats, pajamas, rainwear, rompers and infant sleepers; bed blankets; duffel bags; tote bags* with the United States Patent and Trademark Office under U.S. Reg. No. 5,435,914, which registered on April 3, 2018, being first used in interstate commerce at least as early as July 31, 2006.

29.     *Bella bliss* duly registered B & Design as a trademark for *children's clothing, namely, sweaters, dresses, hats, pajamas, rompers and infant sleepers* with

the United States Patent and Trademark Office under U.S. Reg. No. 3,321,192, which registered on October 23, 2007, being first used in interstate commerce at least as early as July 31, 2006.



30.   *Bella bliss* duly registered B & Design as a trademark for *bed blankets* with the United States Patent and Trademark Office under U.S. Reg. No. 3,327,352, which registered on October 30, 2007, being first used in interstate commerce at least as early as July 31, 2006.

31.   *Bella bliss* duly registered B & Design as a trademark for *duffel bags, and tote bags* with the United States Patent and Trademark Office under U.S. Reg. No. 3,469,536, which registered on October 23, 2007, being first used in interstate commerce at least as early as July 31, 2006.

32.   *Bella bliss* duly registered B & Design (light blue color claimed) as a trademark for *Baby backpacks; Bags for carrying babies'; Baby bedding, namely, bundle bags, swaddling blankets, crib bumpers, fitted crib sheets, crib skirts, crib blankets, and diaper changing pad covers not of paper; Baby blankets; Baby bodysuits; Baby bottoms; Baby tops; Coats for babies, children, and infants; Dresses for babies, children, and infants; Hats for infants, babies, toddlers and*

*children; Headwear for babies, children, and infants; Jackets for babies, children, and infants; Pajamas for babies, children, and infants; Pants for babies, and infants; Shirts for infants, babies, toddlers and children; Shoes for babies, children, and infants; Sweaters for babies, children, and infants; Sweatpants for babies, children, and infants; Sweatshirts for babies, children, and infants; T-shirts for babies, children, and infants* with the United States Patent and Trademark Office as U.S. Serial Number 88900724, used in commerce since at least December 31, 2001, with established acquired distinctiveness in the marketplace.



33.    *Bella bliss* duly registered BABY BLISS as a trademark for *Baby bedding, namely, bundle bags, swaddling blankets, crib bumpers, fitted crib sheets, crib skirts, crib blankets, and diaper changing pad covers not of paper; Baby blankets; Baby bodysuits; Baby bottoms; Baby tops; Coats for babies, children, and infants; Dresses for babies, children, and infants; Hats for infants, babies, toddlers and children; Headwear for babies, children, and infants; Jackets for babies, children, and infants; Pajamas for babies, children, and infants; Pants for babies, children, and infants; Shirts for infants, babies, toddlers and children; Shoes for babies, children, and infants; Sweaters for babies, children, and infants; Sweatpants*

*for babies, children, and infants; Sweatshirts for babies, children, and infants; T-shirts for babies, children, and infants* with the United States Patent and Trademark Office as U.S. Serial Number 88900725, used in commerce since at least April 1, 2020.

34.     *Bella bliss* utilizes its signature light blue trade dress in its logo, throughout its website, its social media, on clothing tags, and in its packaging. *Id*. *See also bella bliss*'s website page, attached hereto as **Exhibit B** and *bella bliss*'s social media pages, attached hereto as **Exhibit C**.

35.     U.S. Registration Nos. 3,813,454, 5,435,914, 3,321,192, 3,327,352, and 3,469,536 are *prima facie* evidence of the validity of and *bella bliss*'s exclusive right to use the mark *bella bliss*, alone and in combination with other words and/or designs, and are constructive notice of *bella bliss*'s ownership thereof, all as provided by §§ 7(b) and 22 of the Federal Trademark Act, 15 U.S.C. §§ 1057(b) and 1072. Additionally, the right to use the marks BELLA BLISS, PRECIOUS PURE BLISS, and B & Design, alone and in combination with other words and/or designs, has become incontestable and are conclusive evidence of *bella bliss*'s exclusive right to use the marks shown therein in commerce as provided by §§ 15 and 33(b) of the Federal Trademark Act, 15 U.S.C. §§ 1065 and 1115(b). True and correct copies of Registration Nos. 3,813,454, 5,435,914, 3,321,192, 3,327,352, and 3,469,536 are attached hereto and incorporated by reference as though fully set forth at length. *See*

Ex. A. All registered and common law rights in these trademarks are herein referred to collectively as the "*bella bliss* Marks."

36.     The *bella bliss* Marks have also become famous and widely known and recognized as symbols of unique and high quality garments throughout the state of Kentucky and the whole United States.

37.     *Bella bliss* utilizes a signature light blue color, Pantone color 13-4220, Artic Paradise (alternative Pantone colors listed as 291 CP, 112-3 C, 442-U, and 115-4 U). Light blue is utilized in its logo, website, social media, packaging, and catalogs, and has been used in interstate commerce since at least 2001, establishing acquired distinctiveness in the marketplace.

38.     The *bella bliss* Marks, and the goodwill associated thereto, are invaluable assets of substantial and inestimable worth to *bella bliss*.

39.     *Bella bliss's* unique designs feature individual concepts and images, including appliques hand-drawn by Ms. McLean and prints and fabrics conceptualized by Ms. McLean.

40.     *Bella bliss* duly filed numerous copyright registrations for its proprietary designs. True and correct copies of the Certificates of Registration are attached hereto as **Exhibit D**.

41.     *Bella bliss* duly filed Copyright Registration No. VA0001324226 for "Bella Bliss, by Bliss Collection, specialty sweaters and classic clothing for children,

fall 2004 ; Bella Bliss, by Bliss Collection, specialty sweaters and classic clothing for children, spring 2004," registered with the U.S. Copyright Office in 2003.

42.    *Bella bliss* duly filed Copyright Registration No. VA0001302967 for "Bliss Collection 2003," registered with the U.S. Copyright Office in 2002.

43.    *Bella bliss* duly filed Copyright Registration No. VA0001306368 for "Bliss collection I (fabric design), 2001," registered with the U.S. Copyright Office in 2000.

44.    *Bella bliss* duly filed Copyright Registration No. VA0001322213 for "Bliss Collection I (fall fabric design) 2002," registered with the U.S. Copyright Office in 2001.

45.    *Bella bliss* duly filed Copyright Registration No. VAu000666704 for "Bliss Collection I (pictorial) 2002," registered with the U.S. Copyright Office in 2005.

46.    *Bella bliss* duly filed Copyright Registration No. VAu000666704 for "Bliss Collection I (pictorial) 2002," registered with the U.S. Copyright Office in 2005.

47.    *Bella bliss* duly filed Copyright Registration No. VAu000666702 for "Bliss Collection I (pictorial) 2004," registered with the U.S. Copyright Office in 2005.

48.    *Bella bliss* duly filed Copyright Registration No. VA0001322214 for

"Bliss Collection I (spring fabric design) 2002," registered with the U.S. Copyright Office in 2001.

49.     *Bella bliss* duly filed Copyright Registration No. VA0002200882 for "Monkey Design," registered with the U.S. Copyright Office in 2020.

50.     *Bella bliss* duly filed Copyright Registration No. VA0002200994 for "Butterfly Design," registered with the U.S. Copyright Office in 2020.

51.     *Bella bliss* duly filed Copyright Registration No. VA0002200997 for "Frog Design," registered with the U.S. Copyright Office in 2020.

52.     *Bella bliss* duly filed Copyright Registration No. VA0002200999 for "Snail Design," registered with the U.S. Copyright Office in 2020.

53.     *Bella bliss* duly filed Copyright Registration No. VA0002200870 for "Submarine Design," registered with the U.S. Copyright Office in 2020.

54.     *Bella bliss* duly filed Copyright Registration No. VA0002203847 for "Paddock Horse Design," registered with the U.S. Copyright Office in 2020.

55.     *Bella bliss's* U.S. Copyright Registrations are *prima facie* evidence of the validity of ownership and *bella bliss's* exclusive right to use, make, reproduce, distribute, and copy (among other rights) the proprietary designs, alone or in derivative works. Additionally, these registrations serve as constructive notice of *bella bliss's* ownership thereof. *See* Ex. D.

56.     In addition to the *bella bliss* Marks and the copyrights discussed herein,

*bella bliss* also possesses certain trade dress rights from its distinctive use of light blue, which has acquired distinctiveness with consumers. Consumers recognize *bella bliss's* signature light blue trade dress, which is used in its logo, throughout its website, its social media, on clothing tags, and in its packaging, and has been used continuously in interstate commerce since at least 2001. *See, e.g.*, Ex. B and Ex. C.

57.     Likewise, in addition to its signature use of the color light blue, *bella bliss* also enjoys trade dress rights from its distinctive use of crochet elements, appliques, and hand-embroidered works, including use of crochet belts and other items rarely seen in the industry. Consumers recognize *bella bliss's* signature styles and unique details, such as knit and crochet elements and hand-embroidered works, which have acquired distinctiveness in the industry from use in interstate commerce at least as early as 2001.

## b. Little English's Misappropriation of the *bella bliss* Intellectual Property

58.     Ms. Latham was one of the original owners of *bella bliss* until her unsavory business practices, lack of contributions, and differences of opinion with Ms. McLean and Ms. Vernooy caused Ms. Vernooy to leave the company. Ms. Kelley Farish was brought in to fill the role previously held by Ms. Vernooy.

59.     When her bad behavior and lack of commitment or response to expectations continued, Ms. Latham was asked to leave the company, and Ms. McLean and Ms. Farish bought Ms. Latham's shares in *bella bliss*.

60.    Ms. Latham sold her shares in the company in December 2003 for fair and just consideration of two hundred and fifty times her original investment.

61.    Upon information and belief, on or around September 2004, Ms. Latham created a new, competitive children's clothing line under the name Latham Companies, d/b/a Little English.

62.    Ms. Latham introduced her new company and new clothing line in a showroom in Atlanta known for featuring *bella bliss* items. To alleviate the potential for any consumer confusion arising, *bella bliss* chose to distance itself from Little English by moving showrooms despite a great increase in cost, and eventually opening its own showroom, again creating a substantial financial burden in an effort to prevent confusion from arising in the marketplace.

63.    Initially, Little English had its own unique logo and designs and produced competitive children's clothing, blankets, bags and totes, and other similar competitive items, but using its own designs and logos.

64.    Upon information and belief, Little English's logo originally appeared as depicted below (image taken from the 2005 WayBackMachine website, attached hereto as **Exhibit E**).



65.     However, Little English did not enjoy the success that *bella bliss* had built with its unique designs and signature pieces. Little English was not succeeding as a brand, while *bella bliss* flourished.

66.     Over time, upon information and belief, Little English began changing its logo and designs to mirror *bella bliss* in an attempt to increase its sales and profit off the goodwill in the marketplace established by *bella bliss*.

67.     Little English updated its logo, appearing as depicted below, featuring a light blue color very similar to the *bella bliss* marks and using lower case letters, with the L and e combined to almost resemble a "b," reminiscent of the *bella bliss* marks.

|  |  |
|:---:|:---:|
| ***bella bliss*'s Signature Logo** | **Little English's Misappropriation** |

68.     Upon information and belief, Little English adopted the following logo in *bella bliss*'s signature light blue trade dress, also in lowercase font, confusingly similar to *bella bliss*'s intellectual property. *See* Little English's Website, attached hereto as **Exhibit F**.

|  |  |
| --- | --- |
| ***bella bliss*'s Signature Logo** | **Little English's Misappropriation** |

69.     Little English began a repeated pattern of bad faith misappropriation of *bella bliss*'s signature clothing designs, often a year or a season after *bella bliss* launched a new design or print in its clothing line.

70.     Little English hired *bella bliss*'s manufacturer and clothing supplier in Colombia, Mis Bordados Ltda, to produce nearly identical goods. (*See* admittance of use of Mis Bordados Ltda in KY Complaint to Civil Action 20-CI-00808, attached hereto as **Exhibit G**).

71.     Upon information and belief, Little English had access to *bella bliss*'s designs through its partnership with Mis Bordados.

72.     Moreover, there is clearly a striking similarity (if not a virtually identical copy) between *bella bliss's* works and Little English's garments, as evidenced below. This is a mere sampling of numerous instances and entire collections of *bella bliss* proprietary designs that have been misappropriated.

17

| | |
|---|---|
|  |  |
| ***bella bliss*'s Signature Swim Trunks Launched Spring 2017** | **Little English's Misappropriation launched, upon information and belief, Spring 2018** |

73.     Pictured on the left in the chart above is *bella bliss's* signature swim trunks, launched in the Spring of 2017 featuring a pink gingham waistband, light blue gingham right short leg, and light green gingham left short leg. Pictured on the right is Little English's misappropriation, a nearly identical replica of *bella bliss's* signature swimsuit, featuring identical shades of colors, identical patterns, with identical placement, one season after *bella bliss*. If the captions were removed, it would be nearly impossible to distinguish the designs. It is highly unlikely that Little English would choose the exact shades of color in the exact placement as *bella bliss* without intentional copying.

| | |
|---|---|
|  |  |
| ***bella bliss*'s Signature Bubble Launched Fall 2011** | **Little English's Misappropriation launched, upon information and belief, Fall 2015** |

74.    Pictured on the left in the chart above is *bella bliss's* signature Shep bubble romper (named after Ms. McLean's son), launched in the fall of 2011 featuring an emphasized "Peter Pan" collar trimmed in white piping, with two white buttons and white stitching with a loose overall fit. Pictured on the right is Little English's misappropriation, a nearly identical replica of *bella bliss's* signature bubble, featuring an emphasized "Peter Pan" collar trimmed in white piping, with two white buttons and white stitching with a loose overall fit. Again, if the captions were removed, it would be nearly impossible to distinguish the designs. It is highly unlikely that Little English would make these unique stylistic choices in the exact same combination and placement without directly copying *bella bliss's* design.



| *bella bliss*'s copyrighted hand-drawn snail design; *bella bliss*'s signature Snail design drawn in 2003, Launched Fall 2004 | Little English's Misappropriation |
|---|---|

75.     Pictured on the left in the chart above is *bella bliss's* hand-drawn copyrighted snail design (Copyright Registration No. VA0002200999, *see* Ex. D), drawn in 2003 and subsequent snail sweater, launched in fall 2004. The snail design features a snail with a disproportionally large shell, with a green body and large blue and pink shells in in a nearly perfect circle, with two small antennae fanning out of the top of the snails head and a smiling face with two round white eyes. Pictured on

the right is Little English's misappropriation, a nearly identical replica of *bella bliss's* hand-drawn snail design, featuring disproportionally large shell, with a green body and large blue and pink shells in in a nearly perfect circle, with two small antennae fanning out of the top of the snails head and a smiling face with two round white eyes. The artistic choices made by Ms. McLean in drawing the snails are replicated almost identically. If the captions were removed, it would be nearly impossible to distinguish the designs. It is highly unlikely that Little English would choose to replicate these exact artistic choices without directly, intentionally copying *bella bliss's* proprietary design.



| *bella bliss*'s copyrighted paddock design; *bella bliss*'s signature paddock design launched in 2002 | Little English's Misappropriation |
|---|---|

76.     Pictured on the left in the chart above is *bella bliss's* hand-drawn

copyrighted Paddock Horse design (Copyright Registration No. VA0002203847, *see* Ex. D), drawn in 2002 and subsequent Paddock sweater, launched in fall 2002. The paddock horse design features a racehorse with green saddle blanket and a blue saddle pad with a yellow outline, depictured as a triangle. Each paddock race horse has various saddle blankets and saddle pads in a variety of color choices and combinations. Pictured on the right is Little English's misappropriation, a nearly identical replica of *bella bliss's* hand-drawn paddock horse design, featuring a green saddle blanket and blue saddle pad with yellow outline, depicted as a triangle. Additionally, Little English misappropriated the paddock horse designs, again replicating the color choices chosen and specific design features. The artistic choices made by Ms. McLean (see above) in drawing the paddock horses are replicated almost identically. If the captions were removed, it would be nearly impossible to distinguish the designs. It is highly unlikely that Little English would choose to replicate these exact artistic choices without directly, intentionally copying *bella bliss's* proprietary design.



| ***bella bliss*'s copyrighted hand-drawn frog design; *bella bliss*'s Signature Frog Design Fall 2002** | **Little English's Misappropriation, upon information and belief, 2017** |
|---|---|

77.     Pictured on the left in the chart above is *bella bliss's* hand-drawn copyrighted Frog design (Copyright Registration No. VA0002200997, *see* Ex. D), drawn in 2002 and subsequent Frog sweater and pillows, launched in fall 2002. The frog design features an overhead image of the frog with both arms and legs outstretched in a leaping motion, with its legs and arms spread apart an angled from the frog body. Pictured on the right is Little English's misappropriation, a nearly identical replica of *bella bliss's* hand-drawn frog design, featuring an overhead

image of the frog with both arms and legs outstretched in a leaping motion, with its legs and arms spread apart an angled from the frog body. The artistic choices made by Ms. McLean in drawing the frog are replicated almost identically. If the captions were removed, it would be nearly impossible to distinguish the designs. It is highly unlikely that Little English would choose to replicate these exact artistic choices without directly, intentionally copying *bella bliss's* proprietary design.



| *bella bliss's* copyrighted hand-drawn submarine; *bella bliss's* Signature submarine design, 2009 | Little English's Misappropriation, upon information and belief, 2018 |
|---|---|

78.    Pictured on the left in the chart above is *bella bliss's* hand-drawn copyrighted Submarine design (Copyright Registration No. VA0002200870, *see* Ex. D), drawn in 2009 and subsequent submarine swim trunks, launched in Fall 2009. The submarine design features a profile view of a yellow submarine featuring two

round blue portal windows and red accents on the top and edges. Pictured on the right is Little English's misappropriation, a nearly identical replica of *bella bliss's* hand-drawn submarine design, featuring a profile view of a yellow submarine having round blue portal windows and red accents on the top and edge. The artistic choices made by Ms. McLean in drawing the submarine are replicated almost identically. If the captions were removed, it would be nearly impossible to distinguish the designs. It is highly unlikely that Little English would choose to replicate these exact artistic choices without directly, intentionally copying *bella bliss's* proprietary design.



| *bella bliss's* custom jungle print, 2012 | Little English's Misappropriation, upon information and belief, 2020 |
|---|---|

79.     Pictured on the left in the chart above is *bella bliss's* custom jungle animal print, created from a compilation of hand-drawn designs. Pictured on the right is Little English's misappropriation, a nearly identical replica of *bella bliss's* unique combination of jungle animals to create a visually appealing print with yellow, orange, and blue jungle animals and palm trees. The artistic choices made by Ms. McLean are replicated almost identically. If the captions were removed, it

would be nearly impossible to distinguish the designs. It is highly unlikely that Little English would choose to replicate these exact artistic choices without directly, intentionally copying *bella bliss's* proprietary design.



| *bella bliss*'s Signature Sailor Bubble Launched Spring 2015 | Little English's Misappropriation, upon information and belief, Spring 2020 |
|---|---|

80.    Pictured on the left in the chart above is *bella bliss's* signature sailor bubble with contrasting outlining and visible buttons at the top and sides. Pictured on the right is Little English's misappropriation, a nearly identical replica of *bella bliss's* unique bubble, with a nearly identical fit and design, with contrasting outlining and visible buttons on the top and sides. The artistic choices made by Ms. McLean are replicated almost identically. If the captions were removed, it would be nearly impossible to distinguish the designs. It is highly unlikely that Little English would choose to replicate these exact artistic choices without directly, intentionally copying *bella bliss's* proprietary design.



| ***bella bliss*'s Signature Bathing Suit, Featuring Scoop Neck Back Launched Spring 2017** | **Little English's Misappropriation, upon information and belief, Spring 2019** |
|---|---|

81.    Pictured on the left in the chart above is *bella bliss's* signature Mirabella bathing suit with a scoop neck, off-the-shoulder ruffle, and low back cutout. Pictured on the right is Little English's misappropriation, a nearly identical replica of *bella bliss's* unique swimsuit, with a nearly identical fit and design, with a scoop neck, off-the-shoulder ruffle, and low back cutout. The artistic choices made by Ms. McLean are replicated almost identically. If the captions were removed, it would be nearly impossible to distinguish the designs. It is highly unlikely that Little English would choose to replicate these exact artistic choices without directly, intentionally copying *bella bliss's* proprietary design.



| | |
|---|---|
| ***bella bliss*'s copyrighted hand-drawn monkey design; *bella bliss*'s Signature Monkey Design 2002** | **Little English's Misappropriation** |

82.     Pictured on the left in the chart above is *bella bliss's* hand-drawn copyrighted Monkey design (Copyright Registration No., VA0002200882 *see* Ex. D), drawn in 2002 and subsequent monkey sweaters, launched in fall 2002. The monkey design features a brown monkey with a round, contrasting belly, holding a green vine with triangular leaves over his head, with his legs apart and one arm hanging down by its side. Pictured on the right is Little English's misappropriation, a nearly identical replica of *bella bliss's* hand-drawn monkey design, featuring a brown monkey with a round, contrasting belly, holding a green vine with triangular

leaves over his head, with his legs apart and one arm hanging down by its side. The artistic choices made by Ms. McLean in drawing the monkey are replicated almost identically. If the captions were removed, it would be nearly impossible to distinguish the designs. It is highly unlikely that Little English would choose to replicate these exact artistic choices without directly, intentionally copying *bella bliss's* proprietary design.



| ***bella bliss's* copyrighted Hand-drawn turtle design; *bella bliss* signature turtle design, Spring/Summer 2007 and 2013 catalogs** | **Little English's Misappropriation, upon information and belief, 2019** |
|---|---|

83. Pictured on the left in the chart above is *bella bliss's* hand-drawn turtle

design drawn in 2007 and featured on sweaters and cardigans in Spring/Summer

2007 and in 2013 in the *bella bliss* catalog.  The turtle design features a profile view of a green turtle with a bell-shaped oblong shell in pink and blue, with spots on the turtle shell, a long swooped tail, and a full smiling face on the turtle despite the profile-view nature. Pictured on the right is Little English's misappropriation, a nearly identical replica of *bella bliss's* hand-drawn turtle design, featuring a green turtle with a bell-shaped oblong shell in pink and blue, with spots on the turtle shell, a long swooped tail, and a full smiling face on the turtle despite the profile-view nature. The artistic choices made by Ms. McLean in drawing the turtles are replicated almost identically. If the captions were removed, it would be nearly impossible to distinguish the designs. It is highly unlikely that Little English would choose to replicate these exact artistic choices without directly, intentionally copying *bella bliss's* proprietary design.

| | |
|---|---|
|  |  |
| ***bella bliss*'s Signature blue knit cherry sweater with red connected cherries and white collar** | **Little English's Misappropriation** |

84.    Pictured on the left in the chart above is *bella bliss's* signature blue knit cherry sweater with red connected cherries with a white accent mark on both cherries, and a white "Peter Pan" collar.  Pictured on the right is Little English's misappropriation, a nearly identical replica of *bella bliss's* design, featuring a blue knit cherry sweater with two connected red cherries with a white accent on both cherries and white collar. The artistic choices made by Ms. McLean are replicated almost identically. If the captions were removed, it would be nearly impossible to distinguish the designs. It is highly unlikely that Little English would choose to replicate these exact artistic choices without directly, intentionally copying *bella bliss's* proprietary design.



| ***bella bliss*'s Signature Eloise Blouse and Jumper, Launched Fall 2012** | **Little English's Misappropriation, upon information and belief, Fall 2013** |
|---|---|

85.     Pictured on the left in the chart above is *bella bliss's* signature Eloise blouse and jumper, launched in fall 2012. The blouse features a unique small floral pattern and the jumper features distinctive stitching in a contrasting color, with straps across the front of the jumper in a contrasting color and drop-down piping connecting to the side straps. Pictured on the right is Little English's misappropriation, a nearly identical replica of *bella bliss's* design, featuring the a strikingly similar floral pattern in a strikingly similar silhouette and an identically

constructed jumper with distinctive stitching in a contrasting color, straps across the front of the jumper in a contrasting color and drop-down piping connecting to the side straps. The artistic choices made by Ms. McLean are replicated almost identically. If the captions were removed, it would be nearly impossible to distinguish the designs. It is highly unlikely that Little English would choose to replicate these exact artistic choices without directly, intentionally copying *bella bliss's* proprietary design.



| ***bella bliss*'s hand-drawn sketch of an elephant in a wagon with yellow wheels** | **Little English's Misappropriation** |

86.     Pictured on the left in the chart above is *bella bliss's* hand-drawn elephant in a wagon and sweater featuring its signature elephant in a wagon design. The elephant on wheels was drawn by Ms. McLean while Ms. Latham was a partner in *bella bliss*. The designs features a blue elephant in a wagon with yellow wheels. Pictured on the right is Little English's misappropriation, a substantially similar version of *bella bliss's* design, featuring a blue elephant in a wagon with yellow wheels. Elephants in wagons with yellow wheels are not a typical design featured in children's clothing. These artistic choices made by Ms. McLean are replicated almost identically and very arbitrarily. It is highly unlikely that Little English would choose to replicate these exact artistic choices without directly, intentionally copying *bella bliss's* proprietary design.



| *bella bliss's* hand-drawn whale design; *bella bliss's* whale design fall 2002 | Little English's Misappropriation, Upon information and belief, 2018 |
|---|---|

87.    Pictured on the left in the chart above is *bella bliss's* hand-drawn whale design drawn in 2002 and featured on sweaters and shirts in fall 2002.  The whale design features a profile view of a whale having a single dot for an eye and a slightly curved horizontal line for a smile. The whale has numerous drops of water coming out of its blowhole in a mirrored pattern. Pictured on the right is Little English's misappropriation, a nearly identical replica of *bella bliss's* hand-drawn whale design, featuring a profile view of a whale having a single dot for an eye and a slightly curved horizontal line for a smile. The whale has numerous drops of water

coming out of its blowhole in a mirrored pattern. The artistic choices made by Ms. McLean in drawing the turtles are replicated almost identically. If the captions were removed, it would be nearly impossible to distinguish the designs. It is highly unlikely that Little English would choose to replicate these exact artistic choices without directly, intentionally copying *bella bliss's* proprietary design.

88.     This misappropriation is not merely duplication of a genre or general aesthetic in the industry, but rather these are numerous, very specific, artistic choices made in a particular design that serve no function (neither actual functionality nor aesthetic functionality) copied in a virtually identical matter. The choices made in these unique design elements are not essential to the garments in any way and are not based on consumer preferences, but rather are artistic details created from the imagination of Ms. McLean and *bella bliss*.

89.     Indeed, many of these designs were not lucrative sellers for *bella bliss*, which indicates that Little English was simply mining and copying all past designs used by *bella bliss* in bad faith and was not copying designs based on popularity in the industry or consumer preferences.

90.     Not only are the look and feel of the designs, the logos, the signature clothing items, the websites, and their social media accounts confusingly similar, ***but actual consumer confusion has occurred between bella bliss and Little English***.

91.     Recently, in spring of 2020, *bella bliss* has become aware of consumer confusion arising between *bella bliss* and Little English.

92.     Customers have tagged *bella bliss* in Little English's Instagram posts on at least two occasions. *See* Instagram Posts Evidencing Consumer Confusion, attached hereto as **Exhibit H**.

93.     Upon information and belief, Little English began targeting *bella bliss* customers by sending *bella bliss* subscribers and even *bella bliss* employees "friend requests" on Facebook with the intention of diverting *bella bliss* customers to Little English's business and gaining additional insight into *bella bliss's* practices. *See* Facebook Message, attached hereto as **Exhibit I**.

94.     Customers have also attempted to return defective Little English items to *bella bliss*, indicating the reputational harm that is arising from this consumer confusion and Little English's use of substantially similar, if not identical, intellectual property to *bella bliss's* intellectual property.

95.     *Bella bliss* alerted Little English to this misappropriation by sending a cease and desist letter on May 11, 2020, attached hereto as **Exhibit J**.

96.     Little English's contentious and combative response to the letter made it clear that Little English was unwilling to mitigate consumer confusion from occurring. Moreover, Little English refused to cease and desist their business practices and their unauthorized use of the *bella bliss* Marks and *bella bliss*

intellectual property. *See* Little English's May 18, 2020 response, attached hereto as **Exhibit K**.

97.     *Bella bliss* must protect its brand and the goodwill of its reputation that has been carefully cultivated in the industry for decades. It is unfair for consumers to be confused as to the source of the goods it is purchasing and the underlying company behind such products.

98.     Little English is repeatedly attempting to profit off the goodwill of *bella bliss*'s brand and to confuse *bella bliss*'s established customer base.

99.     Little English appears to be willfully and maliciously copying and misappropriating *bella bliss*'s creation of its unique designs without authorization from *bella bliss*.

## IV. CLAIMS

## COUNT I
## COPYRIGHT INFRINGEMENT

100.    *Bella bliss* hereby incorporates by reference the preceding paragraphs as if fully restated herein.

101.    *Bella bliss* owns valid copyrights to its unique designs. *See* Ex. D.

102.    *Bella bliss's* copyright registrations, true and correct copies of which are attached hereto as Ex. D, establishes a presumption of validity and ownership of the copyrighted works under 17 U.S.C. § 410.

103.   Upon information and belief, Little English directly copied *bella bliss's* copyrighted designs.

104.   Upon information and belief, Little English had access to the copyrighted works through its previous stake in the *bella bliss* company and through its relationship with *bella bliss*'s supplier, Mis Borbados.

105.   Little English's designs are substantially similar, if not virtually identical to *bella bliss*'s copyrighted works.

106.   Little English knowingly and willfully copied its designs without the permission, license, or consent of *bella bliss*.

107.   Little English's activities complained on herein constitute copyright infringement in violation of the exclusive rights of *bella bliss* under 17 U.S.C. §§ 101 *et. seq*.

108.   These artistic choices made by *bella bliss* in its copyrighted designs are unique, creative, imaginative designs that were directly copied by Little English in bad faith.

109.   The average lay observer would recognize Little English's items as *bella bliss*'s copyrighted work.

<u>**COUNT II**</u>
**FALSE DESIGNATION OF ORIGIN**
**Violation 15 U.S.C. § 1125(a) (Section 43(a) of the Lanham Act)**

110. *Bella bliss* incorporates by reference the allegations contained in the preceding paragraphs as if fully restated herein.

111. *Bella bliss* has expended substantial resources, including time and money in building the *bella bliss* Marks and all associated goods and services, and as a result, the public has come to associate the *bella bliss* Marks with *bella bliss* and use that mark to identify *bella bliss* as the source of the goods provided by *bella bliss*.

112. *Bella bliss* duly registered its trademarks as detailed above and attached hereto as Ex. A.

113. Little English continually misappropriates *bella bliss*'s intellectual property rights in an attempt to confuse consumers as to the source of its children's clothing goods.

114. The continued use by Little English of confusingly similar indicia to the *bella bliss* Marks as set forth above constitutes a false designation of origin, false or misleading description of fact or representation that is likely to cause confusion, mistake, or deception to the affiliation, connection, or association with another in violation of the federal Lanham Act, 15 U.S.C. § 1125(a).

115. Despite explicit knowledge of *bella bliss* and its rights to the *bella bliss* Marks, Little English has chosen to misappropriate *bella bliss*'s intellectual property for its own use and profit in bad faith.

116.   The continued use by Little English of indicia confusingly similar to the *bella bliss* Marks is in direct violation of *bella bliss*'s exclusive rights.

117.   The foregoing conduct of Little English further constitutes a violation of 15 U.S.C. § 1125(a).

118.   As a direct and proximate result of Little English's conduct, *bella bliss* has suffered damage to its valuable *bella bliss* Marks, and other damages, in an amount that exceeds $75,000.00.

119.   Little English has unjustly profited by its unlawful actions.

120.   Little English has committed the foregoing acts with notice of *bella bliss*'s rights and such actions were willful and intended to cause confusion, to cause mistake, or to deceive.

121.   *Bella bliss* has been and will continue to be damaged by Little English's unlawful actions.

122.   Little English's conduct and acts, as alleged above, will continue to cause irreparable harm to *bella bliss* unless enjoined by the Court.

123.   Damages alone will not provide *bella bliss* with an adequate remedy at law.

## COUNT III
## KENTUCKY COMMON LAW TRADEMARK INFRINGEMENT

124.   *Bella bliss* hereby incorporates by reference the preceding paragraphs as if fully restated herein.

125.   *Bella bliss* has common law rights in the *bella bliss* Marks, based at least upon continuous use throughout the United States in connection with children's clothing.

126.   Little English's use of confusingly similar indicia, including but not limited to a confusingly similar logo, confusingly similar website, confusingly similar social media, confusingly similar clothing items and other confusingly similar children's items is very likely to cause confusion, mistake, and deception of the public as to the connection or affiliation with *bella bliss*.

127.   This usage is unauthorized, and has caused and is causing irreparable harm to *bella bliss* for which there is no adequate remedy at law.  Little English's conduct thus constitutes trademark infringement under the common law of the Commonwealth of Kentucky of the *bella bliss* Marks.

128.   Little English's acts of infringement are willful and blatant and have been committed with the intent to cause confusion and mistake and to deceive.

129.   *Bella bliss* has been and will continue to be damaged by Little English's infringement.

130.   Little English's conduct and acts, as alleged above will continue to cause irreparable harm to *bella bliss* as to which it has no adequate remedy at law, unless enjoined by this Court.

131.   Little English's acts are in bad faith, will full knowledge of *bella bliss* and its trademark rights to the *bella bliss* Marks.

## COUNT IV
## FEDERAL UNFAIR COMPETITION
## VIOLATION OF SECTION 43(a) OF THE LANHAM ACT

132.   *Bella bliss* hereby incorporates by reference the preceding paragraphs as if fully restated herein.

133.   Because of *bella bliss*'s longstanding use, significant advertising and promotional activities, and widespread efforts throughout Kentucky and elsewhere, the *bella bliss* Marks have become well known and accepted by the public and serves to distinguish *bella bliss*'s goods from those of others.

134.   Little English's misappropriation of the *bella bliss* Marks constitutes a false designation of origin and a false or misleading description or representation of fact which is likely to cause confusion, mistake or deception as to the affiliation, connection, or association of Little English with *bella bliss* and as to the origin, sponsorship or approval of Little English's goods by *bella bliss*, all within the meaning of § 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

135.   Upon information and belief, Little English has committed the foregoing acts with notice of *bella bliss*'s rights and such actions were willful and intended to cause confusion, to cause mistake, or to deceive.

136.   *Bella bliss* has been and will continue to be damaged by Little English's unlawful actions.

137.   Little English's conduct and acts, as alleged above, will continue to cause irreparable harm to *bella bliss* as to which it has no adequate remedy at law, unless enjoined by this Court.

## <u>COUNT V</u>
## COMMON LAW UNFAIR COMPETITION

138.   *Bella bliss* hereby incorporates by reference the preceding paragraphs as if fully restated herein.

139.   The acts described above reflect Little English's scheme by which it, without authority, consent or privilege, intended to imitate or pass off its goods as those of *bella bliss*'s or as goods that have received the sponsorship or approval of *bella bliss*. Such conduct constitutes unfair competition in violation of the common law of the Commonwealth of Kentucky.

140.   Little English's alleged acts of infringement are willful and have been committed with the intent to cause confusion and mistake and to deceive.

141.   *Bella bliss* has been and will continue to be damaged by Little English's unfair competition.

142.   Little English's conduct and acts, as alleged above, will continue to cause irreparable harm to *bella bliss* to which it has no adequate remedy at law, unless enjoined by this Court.

46

## COUNT VI
## KENTUCKY CONSUMER PROTECTION ACT

143. *Bella bliss* hereby incorporates by reference the preceding paragraphs as if fully restated herein.

144. Little English has willfully violated the Kentucky Consumer Protection Act, Kentucky Revised Statute § 367.010, by causing likelihood of confusion or misunderstanding as to the source, sponsorship, approval, affiliation, connection or association with *bella bliss*.

145. Little English's acts of infringement have been committed with the intent to cause confusion and mistake and to deceive.

146. *Bella bliss* has been and will continue to be damaged by Little English's unlawful actions.

147. Little English's conduct and acts, as alleged above, will continue to cause irreparable harm to *bella bliss* as to which it has no adequate remedy at law, unless enjoined by this Court.

## V. PRAYER FOR RELIEF

**WHEREFORE**, *bella bliss* prays for judgment against Little English as follows:

(a) In favor of *bella bliss* and against the Little English on all claims;

(b) Preliminarily and permanently enjoin and restrain Little English against

continued infringement of the *bella bliss* Marks (15 U.S.C. § 1116);

(c)    Order an accounting for *bella bliss*'s damages and/or for Little English's profits derived from and/or related to Little English's infringement of the *bella bliss* Marks (15 U.S.C. § 1117).

(d)    Order an accounting for *bella bliss*'s damages as a measure of Little English's profits derived from Little English's unjust enrichment;

(e)    Order an assessment of interest and costs against Little English (35 U.S.C. § 283; 15 U.S.C. § 1117);

(f)    Order of statutory damages against Little English (17 U.S.C. § 504; 15 U.S.C. § 1125);

(g)    Award *bella bliss* treble and punitive damages against Little English for their willful misconduct and bad faith in an amount to be determined at trial;

(h)    Find this to be an exceptional case and to award reasonable attorneys' fees to *bella bliss* (35 U.S.C. §285; 15 U.S.C. § 1117);

(i)    Find that Little English's infringement was intentional and thus treble damages and attorneys' fees are appropriate (15 U.S.C. § 1117); and

(j)    Award *bella bliss* such other relief as the Court may deem just and proper.

# VI. JURY DEMAND

Pursuant to Fed. R. Civ. P. 38(b), *bella bliss* demands a trial by jury for all claims so triable.

Dated: May 22, 2020                          Respectfully submitted,

                                                      DINSMORE & SHOHL LLP

                                                      *s/Anthony F. Bonner Jr./*
                                                      Anthony F. Bonner, Jr.
                                                      KY Bar # 94610
                                                      tony.bonner@dinsmore.com

April L. Besl,
OH Bar # 82542
(*Seeking pro hac vice*)
april.besl@dinsmore.com

Ashley J. Earle,
OH Bar # 93664
(*Seeking pro hac vice*)
ashley.earle@dinsmore.com

DINSMORE & SHOHL LLP
City Center
100 West Main St
Suite 900
Lexington, KY 40507
(859) 425-1024
Fax: (859) 425-1099

*Counsel for Plaintiff,*
*Bliss Collections, LLC*
*d/b/a bella bliss*