# EXHIBIT A

**Generated on:** This page was generated by TSDR on 2020-05-21 16:36:46 EDT

**Mark:** BELLA BLISS

# BELLA BLISS

| | |
|---|---|
| **US Serial Number:** 77843945 | **Application Filing Date:** Oct. 07, 2009 |
| **US Registration Number:** 3813454 | **Registration Date:** Jul. 06, 2010 |
| **Register:** Principal | |
| **Mark Type:** Trademark | |

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** A partial Sections 8 and 15 combined declaration has been accepted and acknowledged.

**Status Date:** Sep. 14, 2016

**Publication Date:** Apr. 20, 2010

## Mark Information

**Mark Literal Elements:** BELLA BLISS

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** [ Purses ]

**International Class(es):** 018 - Primary Class    **U.S Class(es):** 001, 002, 003, 022, 041

**Class Status:** SECTION 8 - CANCELLED

**Basis:** 1(a)

**First Use:** Dec. 31, 2002    **Use in Commerce:** Dec. 31, 2002

**For:** Pillows

**International Class(es):** 020 - Primary Class    **U.S Class(es):** 002, 013, 022, 025, 032, 050

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Dec. 31, 2002    **Use in Commerce:** Dec. 31, 2002

**For:** Children's blankets and blanket throws

**International Class(es):** 024 - Primary Class    **U.S Class(es):** 042, 050

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Dec. 31, 2001    **Use in Commerce:** Dec. 31, 2001

| | |
|---|---|
| **For:** | Children's clothing, namely, sweaters, shirts, pants, dresses, hats, pajamas, rompers and sleepers |

| | | | |
|---|---|---|---|
| **International Class(es):** | 025 - Primary Class | **U.S Class(es):** | 022, 039 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Dec. 31, 2001 | **Use in Commerce:** | Dec. 31, 2001 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Bliss Collection, LLC |
| **Owner Address:** | 209 North Limestone<br>Lexington, KENTUCKY UNITED STATES 40507 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |
| **State or Country Where Organized:** | KENTUCKY |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Anthony F. Bonner, Jr. | **Docket Number:** | 68662-8 |
| **Attorney Primary Email Address:** | tony.bonner@dinsmore.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | | | |
|---|---|---|---|
| **Correspondent Name/Address:** | ANTHONY F. BONNER, JR.<br>Dinsmore & Shohl LLP<br>255 East 5th Street, Suite 1900<br>Cincinnati, OHIO UNITED STATES 45202 | | |
| **Phone:** | (859) 425-1083 | **Fax:** | (513) 977-8141 |
| **Correspondent e-mail:** | tony.bonner@dinsmore.com michael.wheeler@dinsmore.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jul. 06, 2019 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Sep. 14, 2016 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Sep. 14, 2016 | REGISTERED - PARTIAL SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 76533 |
| Sep. 14, 2016 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 76533 |
| Jul. 06, 2016 | TEAS SECTION 8 & 15 RECEIVED | |
| Jul. 06, 2010 | REGISTERED-PRINCIPAL REGISTER | |
| Apr. 20, 2010 | PUBLISHED FOR OPPOSITION | |
| Mar. 31, 2010 | NOTICE OF PUBLICATION | |
| Mar. 17, 2010 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 78289 |
| Mar. 16, 2010 | ASSIGNED TO LIE | 78289 |
| Feb. 26, 2010 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jan. 27, 2010 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Jan. 27, 2010 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Jan. 27, 2010 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |

| | | |
|---|---|---|
| Jan. 07, 2010 | NON-FINAL ACTION MAILED | |
| Jan. 06, 2010 | NON-FINAL ACTION WRITTEN | 85335 |
| Jan. 06, 2010 | ASSIGNED TO EXAMINER | 85335 |
| Dec. 01, 2009 | TEAS AMENDMENT ENTERED BEFORE ATTORNEY ASSIGNED | 88889 |
| Dec. 01, 2009 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Oct. 16, 2009 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Oct. 10, 2009 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** Not Found     **Date in Location:** Sep. 14, 2016



# United States of America

## United States Patent and Trademark Office

# BELLA BLISS

**Reg. No. 3,813,454**
**Registered July 6, 2010**

**Int. Cls.: 18, 20, 24 and 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

BLISS COLLECTION, LLC (KENTUCKY LIMITED LIABILITY COMPANY)
209 NORTH LIMESTONE
LEXINGTON, KY 40507

FOR: PURSES, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 12-31-2002; IN COMMERCE 12-31-2002.

FOR: PILLOWS , IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 12-31-2002; IN COMMERCE 12-31-2002.

FOR: CHILDREN'S BLANKETS AND BLANKET THROWS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 12-31-2001; IN COMMERCE 12-31-2001.

FOR: CHILDREN'S CLOTHING, NAMELY, SWEATERS, SHIRTS, PANTS, DRESSES, HATS, PAJAMAS, ROMPERS AND SLEEPERS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-31-2001; IN COMMERCE 12-31-2001.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-843,945, FILED 10-7-2009.

HELENE LIWINSKI, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

**Generated on:** This page was generated by TSDR on 2020-05-21 16:37:49 EDT

**Mark:** PRECIOUS.PURE.BLISS

precious.pure.bliss

| | | | |
|---|---|---|---|
| **US Serial Number:** | 87113403 | **Application Filing Date:** | Jul. 22, 2016 |
| **US Registration Number:** | 5435914 | **Registration Date:** | Apr. 03, 2018 |
| **Filed as TEAS RF:** | Yes | **Currently TEAS RF:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Apr. 03, 2018

**Publication Date:** Jan. 16, 2018

## Mark Information

**Mark Literal Elements:** PRECIOUS.PURE.BLISS

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Related Properties Information

**Claimed Ownership of US Registrations:** 3813454

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Duffel bags; Tote Bags | | |
| **International Class(es):** | 018 - Primary Class | **U.S Class(es):** | 001, 002, 003, 022, 041 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Jul. 31, 2006 | **Use in Commerce:** | Jul. 31, 2006 |

| | | | |
|---|---|---|---|
| **For:** | Bed blankets | | |
| **International Class(es):** | 024 - Primary Class | **U.S Class(es):** | 042, 050 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Jul. 31, 2006 | **Use in Commerce:** | Jul. 31, 2006 |

**For:** Children's clothing, namely, sweaters, dresses, hats, pajamas, rainwear, rompers and infant sleepers

| | | | |
|---|---|---|---|
| **International Class(es):** | 025 - Primary Class | **U.S Class(es):** | 022, 039 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Jul. 31, 2006 | **Use in Commerce:** | Jul. 31, 2006 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Bliss Collection LLC |
| **Owner Address:** | 209 North Limestone<br>Lexington, KENTUCKY UNITED STATES 40507 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |
| **State or Country Where Organized:** | KENTUCKY |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Anthony F. Bonner | **Docket Number:** | 68663- |
| **Attorney Primary Email Address:** | tony.bonner@dinsmore.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | ANTHONY F. BONNER<br>DINSMORE & SHOHL LLP<br>255 E. 5TH STREET, SUITE 1900<br>CINCINNATI, OHIO UNITED STATES 45202 |

| | | | |
|---|---|---|---|
| **Phone:** | (859) 425-1024 | **Fax:** | (859) 425-1099 |
| **Correspondent e-mail:** | tony.bonner@dinsmore.com michael.wheeler@dinsmore.com lisa.coyle@dinsmore.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Apr. 03, 2018 | REGISTERED-PRINCIPAL REGISTER | |
| Jan. 16, 2018 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jan. 16, 2018 | PUBLISHED FOR OPPOSITION | |
| Dec. 27, 2017 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Dec. 06, 2017 | ASSIGNED TO LIE | 68171 |
| Nov. 27, 2017 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| May 26, 2017 | NOTIFICATION OF FINAL REFUSAL EMAILED | |
| May 26, 2017 | FINAL REFUSAL E-MAILED | |
| May 26, 2017 | FINAL REFUSAL WRITTEN | 78325 |
| May 03, 2017 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| May 02, 2017 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| May 02, 2017 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Nov. 02, 2016 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Nov. 02, 2016 | NON-FINAL ACTION E-MAILED | 6325 |

| Nov. 02, 2016 | NON-FINAL ACTION WRITTEN | 78325 |
| Nov. 02, 2016 | ASSIGNED TO EXAMINER | 78325 |
| Jul. 28, 2016 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jul. 26, 2016 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:**  PUBLICATION AND ISSUE SECTION          **Date in Location:**  Apr. 03, 2018

# United States of America

## United States Patent and Trademark Office

# precious.pure.bliss

**Reg. No. 5,435,914**

**Registered Apr. 03, 2018**

**Int. Cl.: 18, 24, 25**

**Trademark**

**Principal Register**

Bliss Collection LLC (KENTUCKY LIMITED LIABILITY COMPANY)
209 North Limestone
Lexington, KENTUCKY 40507

CLASS 18: Duffel bags; Tote Bags

FIRST USE 7-31-2006; IN COMMERCE 7-31-2006

CLASS 24: Bed blankets

FIRST USE 7-31-2006; IN COMMERCE 7-31-2006

CLASS 25: Children's clothing, namely, sweaters, dresses, hats, pajamas, rainwear, rompers and infant sleepers

FIRST USE 7-31-2006; IN COMMERCE 7-31-2006

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3813454

SER. NO. 87-113,403, FILED 07-22-2016



Director of the United States
Patent and Trademark Office

## REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at h** ttp://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.



| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2020-05-21 16:38:37 EDT |
| **Mark:** | B |

| | | | |
|---|---|---|---|
| **US Serial Number:** | 78816785 | **Application Filing Date:** | Feb. 16, 2006 |
| **US Registration Number:** | 3321192 | **Registration Date:** | Oct. 23, 2007 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |
| **TM5 Common Status Descriptor:** |  | | LIVE/REGISTRATION/Issued and Active |
| | | | The trademark application has been registered with the Office. |
| **Status:** | The registration has been renewed. | | |
| **Status Date:** | Nov. 06, 2017 | | |
| **Publication Date:** | Oct. 10, 2006 | **Notice of Allowance Date:** | Jan. 02, 2007 |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | B |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S) |
| **Description of Mark:** | The mark consists of a stylized "b" that consists of thread to create the image of the letter "b". |
| **Color(s) Claimed:** | Color is not claimed as a feature of the mark. |
| **Design Search Code(s):** | 09.01.01 - Fringes; yarn/thread; Thread; Wool; Yarn |
| | 26.11.21 - Rectangles that are completely or partially shaded |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Children's clothing, namely, sweaters, dresses, hats, pajamas, [ rainwear, ] rompers and infant sleepers | | |
| **International Class(es):** | 025 - Primary Class | **U.S Class(es):** | 022, 039 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Jul. 31, 2006 | **Use in Commerce:** | Jul. 31, 2006 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | Yes |
| **Filed ITU:** | Yes | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |

**Filed No Basis:**  No

# Current Owner(s) Information

**Owner Name:**  Bliss Collection LLC

**Owner Address:**  209 North Limestone
Lexington, KENTUCKY UNITED STATES 40507

**Legal Entity Type:**  LIMITED LIABILITY COMPANY

**State or Country
Where Organized:**  KENTUCKY

# Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:**  Anthony F. Bonner, Jr.

**Docket Number:**  68662-6

**Attorney Primary
Email Address:**  tony.bonner@dinsmore.com

**Attorney Email
Authorized:**  Yes

### Correspondent

**Correspondent
Name/Address:**  Anthony F. Bonner, Jr.
Dinsmore & Shohl, LLP
255 East Fifth Street, Suite 1900
Cincinnati, OHIO UNITED STATES 45202

**Phone:**  (859) 425-1024

**Fax:**  (513) 977-8141

**Correspondent e-
mail:**  tony.bonner@dinsmore.com michael.wheeler@di
nsmore.com tmdocket@dinsmore.com

**Correspondent e-
mail Authorized:**  Yes

### Domestic Representative - Not Found

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Nov. 06, 2017 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Nov. 06, 2017 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 59136 |
| Nov. 06, 2017 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 59136 |
| Nov. 06, 2017 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 59136 |
| Oct. 10, 2017 | TEAS SECTION 8 & 9 RECEIVED | |
| Oct. 23, 2016 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Aug. 14, 2013 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Aug. 14, 2013 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 75461 |
| Jul. 29, 2013 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED | 75461 |
| Aug. 12, 2013 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 75461 |
| Jul. 29, 2013 | TEAS SECTION 8 & 15 RECEIVED | |
| Oct. 23, 2007 | REGISTERED-PRINCIPAL REGISTER | |
| Sep. 18, 2007 | LAW OFFICE REGISTRATION REVIEW COMPLETED | 76568 |
| Sep. 18, 2007 | ASSIGNED TO LIE | 76568 |
| Aug. 10, 2007 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Aug. 10, 2007 | STATEMENT OF USE PROCESSING COMPLETE | 76985 |
| Jun. 19, 2007 | USE AMENDMENT FILED | 76985 |
| Jun. 19, 2007 | TEAS STATEMENT OF USE RECEIVED | |
| May 23, 2007 | ASSIGNED TO EXAMINER | 78426 |
| Jan. 02, 2007 | NOA MAILED - SOU REQUIRED FROM APPLICANT | |
| Oct. 10, 2006 | PUBLISHED FOR OPPOSITION | |
| Sep. 20, 2006 | NOTICE OF PUBLICATION | |
| Aug. 28, 2006 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 77075 |
| Aug. 25, 2006 | ASSIGNED TO LIE | 77075 |
| Aug. 23, 2006 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Aug. 21, 2006 | EXAMINERS AMENDMENT MAILED | |
| Aug. 21, 2006 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Aug. 21, 2006 | EXAMINERS AMENDMENT -WRITTEN | 81899 |

| Aug. 07, 2006 | NON-FINAL ACTION MAILED | |
| Aug. 05, 2006 | NON-FINAL ACTION WRITTEN | 81899 |
| Aug. 05, 2006 | ASSIGNED TO EXAMINER | 81899 |
| Apr. 20, 2006 | NOTICE OF DESIGN SEARCH CODE MAILED | |
| Feb. 23, 2006 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** GENERIC WEB UPDATE          **Date in Location:** Nov. 06, 2017

Int. Cl.: **25**

Prior U.S. Cls.: **22 and 39**

**United States Patent and Trademark Office**

Reg. No. 3,321,192

Registered Oct. 23, 2007

**TRADEMARK**
**PRINCIPAL REGISTER**



BLISS COLLECTION LLC (KENTUCKY LTD LIAB CO)
209 NORTH LIMESTONE
LEXINGTON, KY 40507

FOR: CHILDREN'S CLOTHING, NAMELY, SWEATERS, DRESSES, HATS, PAJAMAS, RAIN-WEAR, ROMPERS AND INFANT SLEEPERS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 7-31-2006; IN COMMERCE 7-31-2006.

THE MARK CONSISTS OF A STYLIZED "B" THAT CONSISTS OF THREAD TO CREATE THE IMAGE OF THE LETTER "B".

SN 78-816,785, FILED 2-16-2006.

TIMOTHY FINNEGAN, EXAMINING ATTORNEY

**Generated on:** This page was generated by TSDR on 2020-05-21 16:39:19 EDT

**Mark:** B



| | | | |
|---|---|---|---|
| **US Serial Number:** | 78816761 | **Application Filing Date:** | Feb. 16, 2006 |
| **US Registration Number:** | 3327352 | **Registration Date:** | Oct. 30, 2007 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** The registration has been renewed.

**Status Date:** Nov. 06, 2017

**Publication Date:** Oct. 10, 2006

**Notice of Allowance Date:** Jan. 02, 2007

## Mark Information

**Mark Literal Elements:** B

**Standard Character Claim:** No

**Mark Drawing Type:** 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S)

**Description of Mark:** The mark consists of a stylized "b" that consists of thread to create the image of the letter "b".

**Color(s) Claimed:** Color is not claimed as a feature of the mark.

**Design Search Code(s):** 09.01.01 - Fringes, yarn/thread; Thread; Wool; Yarn
26.11.21 - Rectangles that are completely or partially shaded

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Bed blankets

**International Class(es):** 024 - Primary Class

**U.S Class(es):** 042, 050

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Jul. 31, 2006

**Use in Commerce:** Jul. 31, 2006

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | Yes |
| **Filed ITU:** | Yes | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |

**Filed No Basis:** No

# Current Owner(s) Information

**Owner Name:** Bliss Collection LLC
**Owner Address:** 209 North Limestone
Lexington, KENTUCKY UNITED STATES 40507
**Legal Entity Type:** LIMITED LIABILITY COMPANY
**State or Country Where Organized:** KENTUCKY

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Anthony F. Bonner, Jr.
**Docket Number:** 68662-5
**Attorney Primary Email Address:** tony.bonner@dinsmore.com
**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Anthony F. Bonner, Jr.
Dinsmore & Shohl, LLP
255 East Fifth Street, Suite 1900
Cincinnati, OHIO UNITED STATES 45202
**Phone:** (859) 425-1024
**Fax:** (513) 977-8141
**Correspondent e-mail:** tony.bonner@dinsmore.com michael.wheeler@dinsmore.com tmdocket@dinsmore.com
**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Nov. 06, 2017 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Nov. 06, 2017 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 59136 |
| Nov. 06, 2017 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 59136 |
| Nov. 06, 2017 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 59136 |
| Oct. 10, 2017 | TEAS SECTION 8 & 9 RECEIVED | |
| Oct. 30, 2016 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Sep. 24, 2013 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Sep. 24, 2013 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 76533 |
| Sep. 16, 2013 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED | 76533 |
| Sep. 24, 2013 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 76533 |
| Sep. 16, 2013 | TEAS SECTION 8 & 15 RECEIVED | |
| Oct. 30, 2007 | REGISTERED-PRINCIPAL REGISTER | |
| Sep. 25, 2007 | LAW OFFICE REGISTRATION REVIEW COMPLETED | 76243 |
| Sep. 24, 2007 | ASSIGNED TO LIE | 76243 |
| Aug. 21, 2007 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Aug. 10, 2007 | STATEMENT OF USE PROCESSING COMPLETE | 76985 |
| Jun. 19, 2007 | USE AMENDMENT FILED | 76985 |
| Jun. 19, 2007 | TEAS STATEMENT OF USE RECEIVED | |
| May 23, 2007 | ASSIGNED TO EXAMINER | 83223 |
| Jan. 02, 2007 | NOA MAILED - SOU REQUIRED FROM APPLICANT | |
| Oct. 10, 2006 | PUBLISHED FOR OPPOSITION | |
| Sep. 20, 2006 | NOTICE OF PUBLICATION | |
| Aug. 28, 2006 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 77075 |
| Aug. 25, 2006 | ASSIGNED TO LIE | 77075 |
| Aug. 23, 2006 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Aug. 21, 2006 | EXAMINERS AMENDMENT MAILED | |
| Aug. 21, 2006 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Aug. 21, 2006 | EXAMINERS AMENDMENT -WRITTEN | 81899 |

| | | |
|---|---|---|
| Aug. 07, 2006 | NON-FINAL ACTION MAILED | |
| Aug. 05, 2006 | NON-FINAL ACTION WRITTEN | 81899 |
| Aug. 05, 2006 | ASSIGNED TO EXAMINER | 81899 |
| Apr. 20, 2006 | NOTICE OF DESIGN SEARCH CODE MAILED | |
| Feb. 23, 2006 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** GENERIC WEB UPDATE          **Date in Location:** Nov. 06, 2017

**Int. Cl.: 24**

**Prior U.S. Cls.: 42 and 50**

**United States Patent and Trademark Office**

**Reg. No. 3,327,352**

Registered Oct. 30, 2007

## TRADEMARK
### PRINCIPAL REGISTER



BLISS COLLECTION LLC (KENTUCKY LTD LIAB CO)
209 NORTH LIMESTONE
LEXINGTON, KY 40507

FOR: BED BLANKETS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 7-31-2006; IN COMMERCE 7-31-2006.

THE MARK CONSISTS OF A STYLIZED "B" THAT CONSISTS OF THREAD TO CREATE THE IMAGE OF THE LETTER "B".

SN 78-816,761, FILED 2-16-2006.

HEATHER BIDDULPH, EXAMINING ATTORNEY

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2020-05-21 16:40:03 EDT |
| **Mark:** | B |



| | | | |
|---|---|---|---|
| **US Serial Number:** | 78816776 | **Application Filing Date:** | Feb. 16, 2006 |
| **US Registration Number:** | 3469536 | **Registration Date:** | Jul. 15, 2008 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |
| **TM5 Common Status Descriptor:** |  | | LIVE/REGISTRATION/Issued and Active |
| | | | The trademark application has been registered with the Office. |
| **Status:** | The registration has been renewed. | | |
| **Status Date:** | Jul. 25, 2018 | | |
| **Publication Date:** | Oct. 10, 2006 | **Notice of Allowance Date:** | Jan. 02, 2007 |

# Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | B |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S) |
| **Description of Mark:** | The mark consists of a stylized "b" that consists of thread to create the image of the letter "b". |
| **Color(s) Claimed:** | Color is not claimed as a feature of the mark. |
| **Design Search Code(s):** | 09.01.01 - Fringes, yarn/thread; Thread; Wool; Yarn<br>26.11.21 - Rectangles that are completely or partially shaded |

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | duffel bags, and tote bags | | |
| **International Class(es):** | 018 - Primary Class | **U.S Class(es):** | 001, 002, 003, 022, 041 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Jul. 31, 2006 | **Use in Commerce:** | Jul. 31, 2006 |

# Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | Yes |
| **Filed ITU:** | Yes | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |

**Filed No Basis:** No

# Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Bliss Collection LLC |
| **Owner Address:** | 800 Winchester Road<br>Lexington, KENTUCKY UNITED STATES 40505 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |

**State or Country Where Organized:** KENTUCKY

# Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Anthony F. Bonner, Jr. | **Docket Number:** | 68662-3 |
| **Attorney Primary Email Address:** | tony.bonner@dinsmore.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | Anthony F. Bonner, Jr.<br>Dinsmore & Shohl LLP<br>255 East 5th Street, Suite 1900<br>Cincinnati, OHIO UNITED STATES 45202 |
| **Phone:** 859-425-1024 | **Fax:** 513-977-8141 |
| **Correspondent e-mail:** tony.bonner@dinsmore.com tmdocket@dinsmore.com | **Correspondent e-mail Authorized:** Yes |

### Domestic Representative - Not Found

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jul. 25, 2018 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Jul. 25, 2018 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 64591 |
| Jul. 25, 2018 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 64591 |
| Jul. 25, 2018 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 64591 |
| Jul. 11, 2018 | TEAS SECTION 8 & 9 RECEIVED | |
| Jul. 15, 2017 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Jul. 24, 2014 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Jul. 24, 2014 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 76874 |
| Jul. 24, 2014 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 76874 |
| Jul. 08, 2014 | TEAS SECTION 8 & 15 RECEIVED | |
| Jul. 15, 2008 | REGISTERED-PRINCIPAL REGISTER | |
| Jun. 09, 2008 | LAW OFFICE REGISTRATION REVIEW COMPLETED | 70997 |
| Jun. 06, 2008 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| May 16, 2008 | TEAS/EMAIL CORRESPONDENCE ENTERED | 70997 |
| May 16, 2008 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 70997 |
| May 16, 2008 | ASSIGNED TO LIE | 70997 |
| May 15, 2008 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Nov. 16, 2007 | NON-FINAL ACTION MAILED | |
| Nov. 15, 2007 | SU - NON-FINAL ACTION - WRITTEN | 76795 |
| Oct. 01, 2007 | STATEMENT OF USE PROCESSING COMPLETE | 76569 |
| Jul. 02, 2007 | USE AMENDMENT FILED | 76569 |
| Jul. 02, 2007 | TEAS STATEMENT OF USE RECEIVED | |
| May 23, 2007 | ASSIGNED TO EXAMINER | 76795 |
| Jan. 02, 2007 | NOA MAILED - SOU REQUIRED FROM APPLICANT | |
| Oct. 10, 2006 | PUBLISHED FOR OPPOSITION | |
| Sep. 20, 2006 | NOTICE OF PUBLICATION | |
| Aug. 28, 2006 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 77075 |
| Aug. 25, 2006 | ASSIGNED TO LIE | 77075 |

| Aug. 23, 2006 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Aug. 21, 2006 | EXAMINERS AMENDMENT MAILED | |
| Aug. 21, 2006 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Aug. 21, 2006 | EXAMINERS AMENDMENT -WRITTEN | 81899 |
| Aug. 15, 2006 | FAX RECEIVED | |
| Aug. 07, 2006 | NON-FINAL ACTION MAILED | |
| Aug. 05, 2006 | NON-FINAL ACTION WRITTEN | 81899 |
| Aug. 05, 2006 | ASSIGNED TO EXAMINER | 81899 |
| Apr. 20, 2006 | NOTICE OF DESIGN SEARCH CODE MAILED | |
| Feb. 23, 2006 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** GENERIC WEB UPDATE          **Date in Location:** Jul. 25, 2018

**Int. Cl.: 18**

**Prior U.S. Cls.: 1, 2, 3, 22, and 41**

**United States Patent and Trademark Office**

Reg. No. 3,469,536

Registered July 15, 2008

## TRADEMARK
### PRINCIPAL REGISTER



BLISS COLLECTION LLC (KENTUCKY LTD
LIAB CO)
209 NORTH LIMESTONE
LEXINGTON, KY 40507

FOR: DUFFEL BAGS, AND TOTE BAGS, IN
CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 7-31-2006; IN COMMERCE 7-31-2006.

THE MARK CONSISTS OF A STYLIZED "B"
THAT CONSISTS OF THREAD TO CREATE THE
IMAGE OF THE LETTER "B".

SN 78-816,776, FILED 2-16-2006.

LINDA ESTRADA, EXAMINING ATTORNEY



| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2020-05-21 16:40:54 EDT |
| **Mark:** | B BELLA BLISS |

| | | | |
|---|---|---|---|
| **US Serial Number:** | 88900724 | **Application Filing Date:** | May 05, 2020 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

**TM5 Common Status Descriptor:**

LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application will be assigned to an examining attorney approximately 3 months after filing date.

**Status Date:** May 18, 2020

# Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | B BELLA BLISS |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S) |
| **Description of Mark:** | The mark consists of a lowercase "b" created with light blue thread stitching with a script "b" on top of the letter created from the thread and the words "bella bliss" underneath the "b" in light blue lowercase letters. |
| **Color Drawing:** | Yes |
| **Color(s) Claimed:** | The color(s) light blue is/are claimed as a feature of the mark. |
| **Design Search Code(s):** | 09.01.01 - Fringes, yarn/thread; Yarn; Wool; Thread |

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Baby backpacks; Bags for carrying babies' accessories | | |
| **International Class(es):** | 018 - Primary Class | **U.S Class(es):** | 001, 002, 003, 022, 041 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Jul. 31, 2006 | **Use in Commerce:** | Jul. 31, 2006 |

| | | | |
|---|---|---|---|
| **For:** | Baby bedding, namely, bundle bags, swaddling blankets, crib bumpers, fitted crib sheets, crib skirts, crib blankets, and diaper changing pad covers not of paper; Baby blankets | | |
| **International Class(es):** | 024 - Primary Class | **U.S Class(es):** | 042, 050 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Jul. 31, 2006 | **Use in Commerce:** | Jul. 31, 2006 |

**For:** Baby bodysuits; Baby bottoms; Baby tops; Coats for babies, children, and infants; Dresses for babies, children, and infants; Hats for

infants, babies, toddlers and children; Headwear for babies, children, and infants; Jackets for babies, children, and infants; Pajamas for babies, children, and infants; Pants for babies, children, and infants; Shirts for infants, babies, toddlers and children; Shoes for babies, children, and infants; Sweaters for babies, children, and infants; Sweatpants for babies, children, and infants; Sweatshirts for babies, children, and infants; T-shirts for babies, children, and infants

| | | | |
|---|---|---|---|
| **International Class(es):** | 025 - Primary Class | **U.S Class(es):** | 022, 039 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Jul. 31, 2006 | **Use in Commerce:** | Jul. 31, 2006 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Bliss Collection, LLC |
| **Owner Address:** | 209 NORTH LIMESTONE<br>Lexington, KENTUCKY UNITED STATES 40507 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |
| **State or Country Where Organized:** | KENTUCKY |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Ashley J. Earle | **Docket Number:** | 68662-2 |
| **Attorney Primary Email Address:** | ashley.earle@dinsmore.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | | | |
|---|---|---|---|
| **Correspondent Name/Address:** | ASHLEY J. EARLE<br>DINSMORE & SHOHL LLP<br>255 EAST 5TH STREET<br>SUITE 1900<br>CINCINNATI, OHIO UNITED STATES 45202 | | |
| **Phone:** | 513-977-8522 | **Fax:** | 5139778141 |
| **Correspondent e-mail:** | ashley.earle@dinsmore.com tony.bonner@dinsmore.com trademarks@dinsmore.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| May 19, 2020 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| May 16, 2020 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| May 08, 2020 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | NEW APPLICATION PROCESSING | **Date in Location:** | May 18, 2020 |

**Generated on:** This page was generated by TSDR on 2020-05-21 16:41:41 EDT

**Mark:** BABY BLISS

# BABY BLISS

**US Serial Number:** 88900725

**Application Filing Date:** May 05, 2020

**Filed as TEAS Plus:** Yes

**Currently TEAS Plus:** Yes

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:**  LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application will be assigned to an examining attorney approximately 3 months after filing date.

**Status Date:** May 18, 2020

## Mark Information

**Mark Literal Elements:** BABY BLISS

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Baby bedding, namely, bundle bags, swaddling blankets, crib bumpers, fitted crib sheets, crib skirts, crib blankets, and diaper changing pad covers not of paper; Baby blankets

**International Class(es):** 024 - Primary Class

**U.S Class(es):** 042, 050

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Apr. 01, 2020

**Use in Commerce:** Apr. 01, 2020

**For:** Baby bodysuits; Baby bottoms; Baby tops; Coats for babies, children, and infants; Dresses for babies, children, and infants; Hats for infants, babies, toddlers and children; Headwear for babies, children, and infants; Jackets for babies, children, and infants; Pajamas for babies, children, and infants; Pants for babies, children, and infants; Shirts for infants, babies, toddlers and children; Shoes for babies, children, and infants; Sweaters for babies, children, and infants; Sweatpants for babies, children, and infants; Sweatshirts for babies, children, and infants; T-shirts for babies, children, and infants

**International Class(es):** 025 - Primary Class

**U.S Class(es):** 022, 039

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Apr. 01, 2020

**Use in Commerce:** Apr. 01, 2020

## Basis Information (Case Level)

**Filed Use:** Yes

**Currently Use:** Yes

**Filed ITU:** No

**Currently ITU:** No

| | | | |
|---|---|---|---|
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

# Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Bliss Collection, LLC |
| **Owner Address:** | 209 NORTH LIMESTONE |
| | Lexington, KENTUCKY UNITED STATES 40507 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |
| **State or Country Where Organized:** | KENTUCKY |

# Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Ashley J. Earle | **Docket Number:** | 68662-2 |
| **Attorney Primary Email Address:** | ashley.earle@dinsmore.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | ASHLEY J. EARLE |
| | DINSMORE & SHOHL LLP |
| | 255 EAST 5TH STREET |
| | SUITE 1900 |
| | CINCINNATI, OHIO UNITED STATES 45202 |
| **Phone:** | 513-977-8522 |
| **Fax:** | 5139778141 |
| **Correspondent e-mail:** | ashley.earle@dinsmore.com tony.bonner@dinsmore.com trademarks@dinsmore.com |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| May 16, 2020 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| May 08, 2020 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | NEW APPLICATION PROCESSING | **Date in Location:** | May 18, 2020 |