# EXHIBIT B

all orders over $150 get free ground shipping.



girls   boys   baby bliss™

women   accessories   gifts



shop summer



New Arrivals



PJ Shop



EXPLORE OUR CATALOG







## ABOUT

## USEFUL INFORMATION

## CONNECT

About Us

Search
Size Chart
Monogram Guide
Shipping & Handling
Returns & Exchanges
Returns Portal
Terms of Service
Privacy Policy

Contact Us
Wholesale Inquiry
Catalogs
Gift Registry
Wishlist
Join the bliss text message list
Request a Catalog
Birthday Club

    

        

COPYRIGHT © 2020 BELLA BLISS