# EXHIBIT C

facebook

Email or Phone
Password
Log In
Forgot account?

Bella Bliss Clothing
@bellablissclothing

- Home
- About
- Photos
- Events
- Iconosquare
- Join Email List
- Posts
- Pinterest
- Pin It To Win It!!
- Videos
- Shop
- Offers
- Community

Create a Page

Like | Share | Suggest Edits | ···

Shop Now | Send Message

**Photos**

See All

See More ▾

**Bella Bliss Clothing**
Clothing (Brand) in Lexington, Kentucky
Closed Now

**Community** See All
74,791 people like this
74,286 people follow this
89 check-ins

**About** See All
(866) 846-5295
Contact Bella Bliss Clothing on Messenger
www.bellabliss.com
Clothing (Brand) · Boutique Store
Opens at 9:00 AM
Closed Now

**Page Transparency** See More
Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.
Page created - September 11, 2008

**People** >
74,791 likes

**Related Pages**
Shrimp and Grits Kids
Baby Goods/Kids Goods
Smocked Threads by Cecil and L...
Baby Goods/Kids Goods
Posh Pickle
Baby & Children's Clothing Store

**See more of Bella Bliss Clothing on Facebook**

Log In or Create New Account







