# Exhibit D

**Registration #:** VA0002203847
**Service Request #:** 1-8842131672

## Mail Certificate

Dinsmore & Shohl LLP
Ashley J. Earle
255 E 5th Street, Suite 1900
Cincinnati, OH 45202 United States

**Priority:** Special Handling      **Application Date:** May 17, 2020

## Correspondent

**Registration Number**

# VA 2-203-847

**Effective Date of Registration:**
May 17, 2020
**Registration Decision Date:**
May 19, 2020

## Title _____

**Title of Work:** Paddock Horse Design

## Completion/Publication _____

**Year of Completion:** 2002
**Date of 1st Publication:** August 01, 2002
**Nation of 1st Publication:** United States

## Author _____

- **Author:** Bliss Collections, LLC
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant _____

**Copyright Claimant:** Bliss Collections, LLC
800 WINCHESTER RD, Lexington, KY, 40505, United States

## Certification _____

**Name:** /Ashley J. Earle/
**Date:** May 17, 2020
**Applicant's Tracking Number:** 68662-32

**Copyright Office notes:** Basis for Registration: Pictorial and graphic features identified separately from and capable of existing independently of the utilitarian aspects of a useful article

|                      |                  |
|----------------------|------------------|
| **Registration #:**  | VA0002200997     |
| **Service Request #:** | 1-8756253042   |

## Mail Certificate

Dinsmore & Shohl LLP
Ashley J. Earle
255 E 5th Street, Suite 1900
Cincinnati, OH 45202 United States

**Priority:**   Special Handling        **Application Date:**   April 20, 2020

## Correspondent

|                        |                          |
|------------------------|--------------------------|
| **Organization Name:** | Dinsmore & Shohl LLP     |
| **Name:**              | Ashley J. Earle          |
| **Email:**             | ashley.earle@dinsmore.com |
| **Telephone:**         | (513)977-8522            |
| **Address:**           | 255 East 5th Street      |
|                        | Cincinnati, OH 45202     |

**Registration Number**

# VA 2-200-997

**Effective Date of Registration:**
April 20, 2020
**Registration Decision Date:**
April 23, 2020

## Title _____

| | |
|---|---|
| **Title of Work:** | Frog Design |

## Completion/Publication _____

| | |
|---|---|
| **Year of Completion:** | 2002 |
| **Date of 1st Publication:** | August 01, 2002 |
| **Nation of 1st Publication:** | United States |

## Author _____

| | |
|---|---|
| • **Author:** | Bliss Collections, LLC |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant _____

| | |
|---|---|
| **Copyright Claimant:** | Bliss Collections, LLC |
| | 800 WINCHESTER RD, Lexington, KY, 40505, United States |

## Rights and Permissions _____

| | |
|---|---|
| **Organization Name:** | Bliss Collections, LLC |
| **Address:** | 800 Winchester Rd |
| | Lexington, KY 40505 United States |

## Certification _____

| | |
|---|---|
| **Name:** | /Ashley J. Earle/ |
| **Date**: | April 20, 2020 |
| **Applicant's Tracking Number**: | 68662-32 |

**Registration #:** VA0002200870
**Service Request #:** 1-8756253201

## Mail Certificate

Dinsmore & Shohl LLP
Ashley J. Earle
255 E 5th Street, Suite 1900
Cincinnati, OH 45202 United States

**Priority:** Special Handling          **Application Date:** April 20, 2020

## Correspondent

**Organization Name:** Dinsmore & Shohl LLP
**Name:** Ashley J. Earle
**Email:** ashley.earle@dinsmore.com
**Telephone:** (513)977-8522
**Address:** 255 East 5th Street
Cincinnati, OH 45202

**Registration Number**

# VA 2-200-870

**Effective Date of Registration:**
April 20, 2020
**Registration Decision Date:**
April 21, 2020

## Title _____

|  |  |
|---|---|
| **Title of Work:** | Submarine Design |

## Completion/Publication _____

|  |  |
|---|---|
| **Year of Completion:** | 2009 |
| **Date of 1st Publication:** | August 01, 2009 |
| **Nation of 1st Publication:** | United States |

## Author _____

|  |  |
|---|---|
| • **Author:** | Bliss Collections, LLC |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant _____

|  |  |
|---|---|
| **Copyright Claimant:** | Bliss Collections, LLC |
|  | 800 WINCHESTER RD, Lexington, KY, 40505, United States |

## Rights and Permissions _____

|  |  |
|---|---|
| **Organization Name:** | Bliss Collections, LLC |
| **Address:** | 800 Winchester Rd |
|  | Lexington, KY 40505 United States |

## Certification _____

|  |  |
|---|---|
| **Name:** | /Ashley J. Earle/ |
| **Date**: | April 20, 2020 |
| **Applicant's Tracking Number**: | 68662-32 |

**Registration #:**  VA0002200882
**Service Request #:**  1-8744322651

## Mail Certificate

Dinsmore & Shohl LLP
Ashley J. Earle
255 E 5th Street, Suite 1900
Cincinnati, OH 45202 United States

**Priority:**  Special Handling       **Application Date:**  April 20, 2020

## Correspondent

**Organization Name:**  Dinsmore & Shohl LLP
**Name:**  Ashley J. Earle
**Email:**  ashley.earle@dinsmore.com
**Telephone:**  (513)977-8522
**Address:**  255 East 5th Street
Cincinnati, OH 45202

**Registration Number**

# VA 2-200-882

**Effective Date of Registration:**
April 21, 2020
**Registration Decision Date:**
April 21, 2020

## Title _____

|  |  |
|---|---|
| **Title of Work:** | Monkey Design |

## Completion/Publication _____

|  |  |
|---|---|
| **Year of Completion:** | 2002 |
| **Date of 1st Publication:** | August 01, 2002 |
| **Nation of 1ˢᵗ Publication:** | United States |

## Author _____

|  |  |
|---|---|
| • **Author:** | Bliss Collections, LLC |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant _____

|  |  |
|---|---|
| **Copyright Claimant:** | Bliss Collections, LLC |
|  | 800 WINCHESTER RD, Lexington, KY, 40505, United States |

## Rights and Permissions _____

|  |  |
|---|---|
| **Organization Name:** | Bliss Collections, LLC |
| **Address:** | 800 Winchester Rd |
|  | Lexington, KY 40505 United States |

## Certification _____

|  |  |
|---|---|
| **Name:** | /Ashley J. Earle/ |
| **Date**: | April 20, 2020 |
| **Applicant's Tracking Number**: | 68662-32 |

**Correspondence:**   Yes

**Registration #:** VA0002200994
**Service Request #:** 1-8744322809

## Mail Certificate

Dinsmore & Shohl LLP
Ashley J. Earle
255 E 5th Street, Suite 1900
Cincinnati, OH 45202 United States

**Priority:**   Special Handling          **Application Date:**   April 20, 2020

## Correspondent

**Organization Name:**   Dinsmore & Shohl LLP
**Name:**   Ashley J. Earle
**Email:**   ashley.earle@dinsmore.com
**Telephone:**   (513)977-8522
**Address:**   255 East 5th Street
Cincinnati, OH 45202

**Registration Number**

# VA 2-200-994

**Effective Date of Registration:**
April 20, 2020
**Registration Decision Date:**
April 23, 2020

## Title

|  |  |
|---|---|
| **Title of Work:** | Butterfly Design |

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2002 |
| **Date of 1st Publication:** | August 01, 2002 |
| **Nation of 1st Publication:** | United States |

## Author

|  |  |
|---|---|
| • **Author:** | Bliss Collections, LLC |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Bliss Collections, LLC |
|  | 800 WINCHESTER RD, Lexington, KY, 40505, United States |

## Rights and Permissions

|  |  |
|---|---|
| **Organization Name:** | Bliss Collections, LLC |
| **Address:** | 800 Winchester Rd |
|  | Lexington, KY 40505 United States |

## Certification

|  |  |
|---|---|
| **Name:** | /Ashley J. Earle/ |
| **Date**: | April 20, 2020 |
| **Applicant's Tracking Number**: | 68662-32 |

**Correspondence:**   Yes

**Registration #:**   VA0002200999
**Service Request #:**   1-8756253152

## Mail Certificate

Dinsmore & Shohl LLP
Ashley J. Earle
255 E 5th Street, Suite 1900
Cincinnati, OH 45202 United States

**Priority:**   Special Handling          **Application Date:**   April 20, 2020

## Correspondent

**Organization Name:**   Dinsmore & Shohl LLP
**Name:**   Ashley J. Earle
**Email:**   ashley.earle@dinsmore.com
**Telephone:**   (513)977-8522
**Address:**   255 East 5th Street
Cincinnati, OH 45202

**Registration Number**

# VA 2-200-999

**Effective Date of Registration:**
April 20, 2020
**Registration Decision Date:**
April 23, 2020

## Title _____

**Title of Work:**   Snail Design

## Completion/Publication _____

**Year of Completion:**   2004
**Date of 1st Publication:**   August 01, 2004
**Nation of 1st Publication:**   United States

## Author _____

- **Author:**   Bliss Collections, LLC
**Author Created:**   2-D artwork
**Work made for hire:**   Yes
**Citizen of:**   United States

## Copyright Claimant _____

**Copyright Claimant:**   Bliss Collections, LLC
800 WINCHESTER RD, Lexington, KY, 40505, United States

## Rights and Permissions _____

**Organization Name:**   Bliss Collections, LLC
**Address:**   800 Winchester Rd
Lexington, KY 40505 United States

## Certification _____

**Name:**   /Ashley J. Earle/
**Date**:   April 20, 2020
**Applicant's Tracking Number**:   68662-32

**Correspondence:**   Yes



Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. **More**.

| Help | Search | History | Titles | Start Over |

---

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = bliss collection
Search Results: Displaying 6 of 18 entries



Labeled View

---

*Bliss Collection 2003.*

|  |  |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0001302967 / 2005-01-31 |
| **Title:** | Bliss Collection 2003. |
| **Notes:** | Fabric design. |
| **Copyright Claimant:** | Bella Bliss, LLC |
| **Date of Creation:** | 2002 |
| **Date of Publication:** | 2002-07-31 |
| **Authorship on Application:** | artwork: Bliss Collection, LLC, employer for hire. |
| **Copyright Note:** | Cataloged from appl. only. |
| **Names:** | Bella Bliss, LLC |
|  | Bliss Collection, LLC |





**Save, Print and Email (Help Page)**

| Select Download Format | Full Record ▼ | Format for Print/Save |
| Enter your email address: | | Email |

---

Help    Search    History    Titles    Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page



Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. **More**.

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

---

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = bliss collection
Search Results: Displaying 7 of 18 entries



Labeled View

---

*Bella Bliss, by Bliss Collection, specialty sweaters and classic clothing...*

|  |  |
|--|--|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0001324226 / 2005-01-31 |
| **Application Title:** | Bliss collection 2004, fabric design. |
| **Title:** | Bella Bliss, by Bliss Collection, specialty sweaters and classic clothing for children, fall 2004 ; Bella Bliss, by Bliss Collection, specialty sweaters and classic clothing for children, spring 2004. |
| **Description:** | Designs on fabric. |
| **Copyright Claimant:** | Bliss Collection, LLC |
| **Date of Creation:** | 2003 |
| **Date of Publication:** | 2003-07-31 |
| **Copyright Note:** | C.O. correspondence. |
| **Other Title:** | Bella Bliss, by Bliss Collection, specialty sweaters and classic clothing for children, spring 2004 |
| **Names:** | Bliss Collection, LLC |



---

| **Save, Print and Email (Help Page)** | |
|---|---|
| Select Download Format [Full Record ▾] | [Format for Print/Save] |
| Enter your email address: [_____] | [Email] |

---

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page



Library buildings are closed to the public until further notice, but the U.S.
Copyright Office Catalog is available. **More**.

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

---

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = bliss collection
Search Results: Displaying 8 of 18 entries



Labeled View

---

### *Bliss Collection 2005 (fabric design)*

|                          |                                  |
|--------------------------|----------------------------------|
| **Type of Work:**        | Visual Material                  |
| **Registration Number / Date:** | VA0001306368 / 2005-02-04 |
| **Title:**               | Bliss Collection 2005 (fabric design) |
| **Copyright Claimant:**  | Bliss Collection, LLC            |
| **Date of Creation:**    | 2004                             |
| **Date of Publication:** | 2004-07-31                       |
| **Copyright Note:**      | C.O. correspondence.             |
|                          | Cataloged from appl. only.       |
| **Names:**               | Bliss Collection, LLC            |



| **Save, Print and Email (Help Page)** |
|----------------------------------------|

| Select Download Format | Full Record ▾ | Format for Print/Save |
|------------------------|---------------|------------------------|
| Enter your email address: |  | Email |

---

Help    Search    History    Titles    Start Over

---

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page



Library buildings are closed to the public until further notice, but the U.S.
Copyright Office Catalog is available. **More**.

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = bliss collection
Search Results: Displaying 11 of 18 entries



Labeled View

***Bliss collection I (fabric design), 2001.***

| | |
|---:|:---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0001317718 / 2005-02-04 |
| **Title:** | Bliss collection I (fabric design), 2001. |
| **Description:** | Designs on apparel. |
| **Copyright Claimant:** | Bliss Collection, LLC |
| **Date of Creation:** | 2000 |
| **Date of Publication:** | 2000-07-31 |
| **Copyright Note:** | C.O. correspondence. |
| | Cataloged from appl. only. |
| **Names:** | Bliss Collection, LLC |



| **Save, Print and Email (Help Page)** |
|:---|
| Select Download Format  Full Record ▼   Format for Print/Save |
| Enter your email address: [                    ]  Email |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

# Copyright
## United States Copyright Office

Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. **More**.

| Help | Search | History | Titles | Start Over |

---

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = bliss collection
Search Results: Displaying 12 of 18 entries



---

Labeled View

---

*Bliss Collection I (fall fabric design) 2002.*

|  |  |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0001322213 / 2005-06-22 |
| **Title:** | Bliss Collection I (fall fabric design) 2002. |
| **Copyright Claimant:** | Bliss Collection, LLC |
| **Date of Creation:** | 2001 |
| **Date of Publication:** | 2001-07-31 |
| **Copyright Note:** | Cataloged from appl. only. |
| **Names:** | Bliss Collection, LLC |



---

| **Save, Print and Email (Help Page)** |
|---|
| Select Download Format [Full Record ▼] [Format for Print/Save] |
| Enter your email address: [                    ] [Email] |

---

Help　Search　History　Titles　Start Over

---

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

# Copyright
United States Copyright Office

Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. **More**.

**Help    Search    History    Titles    Start Over**

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = bliss collection
Search Results: Displaying 14 of 18 entries



Labeled View

---

*Bliss Collection I (pictorial) 2003.*

|  |  |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VAu000666702 / 2005-02-04 |
| **Title:** | Bliss Collection I (pictorial) 2003. |
| **Description:** | Art originals. |
| **Copyright Claimant:** | Bliss Collection, LLC |
| **Date of Creation:** | 2003 |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | Bliss Collection, LLC |



| **Save, Print and Email (Help Page)** | | |
|---|---|---|
| Select Download Format | Full Record ▼ | Format for Print/Save |
| Enter your email address: | | Email |

Help    Search    History    Titles    Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

# Copyright
### United States Copyright Office

> **Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. More.**

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = bliss collection
Search Results: Displaying 15 of 18 entries



Labeled View

*Bliss Collection I (pictorial) 2004.*

|  |  |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VAu000666703 / 2005-02-04 |
| **Title:** | Bliss Collection I (pictorial) 2004. |
| **Description:** | Art originals. |
| **Copyright Claimant:** | Bliss Collection, LLC |
| **Date of Creation:** | 2004 |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | Bliss Collection, LLC |



| **Save, Print and Email (Help Page)** |
|---|
| Select Download Format   Full Record ▼   Format for Print/Save |
| Enter your email address:   [ ]   Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

Copyright
United States Copyright Office

Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. More.

Help | Search | History | Titles | Start Over

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = bliss collection
Search Results: Displaying 16 of 18 entries

previous | next

Labeled View

***Bliss Collection I (spring fabric design) 2002.***

**Type of Work:** Visual Material
**Registration Number / Date:** VA0001322214 / 2005-02-04
**Title:** Bliss Collection I (spring fabric design) 2002.
**Copyright Claimant:** Bliss Collection, LLC
**Date of Creation:** 2001
**Date of Publication:** 2001-07-31
**Copyright Note:** Cataloged from appl. only.
**Names:** Bliss Collection, LLC

previous | next

| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format | Full Record ▼ Format for Print/Save |
| Enter your email address: | Email |

Help Search History Titles Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page