# EXHIBIT F

# little english

## OPENING SOON

Our BIG Online Warehouse Sale starts Friday, May 22 at NOON EST! Want the password to shop now? Text LESPRINGSALE to 29071 to get VIP EARLY ACCESS NOW!!

Enter your email address...

**SIGN UP**

© 2020 Little English. Designed by Out of the Sandbox.