# EXHIBIT H



Instagram post by a clothing boutique, Mondays Child Classic, which sells both *bella bliss* and Little English garments, mis-tagging *bella bliss* as the source of the swimsuits when they are produced by Little English, evidencing consumer confusion occurring.



Instagram post from an influencer containing a large pile of clothing, wrongly tagging both *bella bliss* and Little English as the source of the items, when the pile does not contain any *bella bliss* garments, evidencing consumer confusion occurring.



Customer mis-tagging *bella bliss* as the source of her child's clothing, when the item is from Little English, evidencing consumer confusion occurring.



Facebook thread evidencing consumers with the mistaken belief that *bella bliss* is owned by the same individuals as Little English, evidencing a wrongful association between the companies. (Annotated added to depict the last comment in the thread).