# EXHIBIT I



Screenshot of Facebook friend request by Little English from a staff member of *bella bliss*.