# EXHIBIT J

*Legal Counsel.*



DINSMORE & SHOHL LLP
255 East Fifth Street ^ Suite 1900
Cincinnati, OH 45202
www.dinsmore.com

Anthony F. Bonner
(859) 425-1024 (direct) ^ (859) 425-1099 (fax)
tony.bonner@dinsmore.com

May 11, 2020

<u>VIA EMAIL: shannon@littleenglish.com;</u>
<u>customerservice@littleenglish.com</u>
<u>ORIGINAL VIA USPS CERTIFIED MAIL</u>
Ms. Shannon Latham
Latham Companies, LLC,
d/b/a Little English
116 Venture Court #5
Lexington, KY 40511

Re:     **Repeated Infringement of bella bliss's Intellectual Property Rights**

Dear Ms. Latham:

Be advised that this firm represents Bliss Collections, LLC d/b/a Bella Bliss ("**bella bliss**") in regard its intellectual property and litigation matters. Please direct all future correspondence on this matter to our attention.

This letter serves as official notice that if you and Latham Companies, LLC d/b/a Little English ("**Little English**"), do not immediately and forever cease and desist creating, marketing, producing, offering to sell, and selling infringing designs (including, but not limited to, confusingly similar clothing designs, misappropriated applique and print designs, and confusingly similar branding and other indicia), bella bliss will be forced to file suit in Federal District Court seeking judicial relief.

As you know, bella bliss creates timeless, classic collections for every season that utilize the finest, highest quality of fabrics and unique, one-of-a-kind designs that are machine washable and realistic for busy families. Bella bliss creates its own prints and designs using the softest fabrics for clothing that is 100% pure bliss.

Bella bliss owns numerous trademark and copyright applications and registrations, to protect its bella bliss brand, attached hereto as **Exhibits A and B** (the "**bella bliss Marks"** and the **"bella bliss Copyrights**," respectively). Bella bliss has invested significant time and resources in building the bella bliss Intellectual Property and associate brand, and consequentially, has developed a reputation for high quality and has obtained a tremendous amount of goodwill in the bella bliss Intellectual Property.

As you can see from the images below, Little English's original logo is substantially different from its current logo used today. Indeed, it has recently come to bella bliss's attention that Little English appears to have engaged in a pattern of bad behavior, modeling its logo and designs off of bella bliss, with each iteration more emboldened and closer to bella bliss's signature looks, including the bella bliss Marks and bella bliss Copyrights.

Ms. Shannon Latham
May 11, 2020



| bella bliss's Signature Logo | Little English's Original Logo |
|---|---|

| bella bliss's Signature Logo | Little English's Misappropriation in which the L and e are stacked to resemble a lowercase "b" |
|---|---|

| bella bliss's Signature Logo | Little English's Misappropriation of bella bliss's signature light blue coloring and lowercase letters |
|---|---|

Bella bliss has also recently discovered that numerous designs and items produced by Little English appear to be misappropriating bella bliss's federally registered, incontestable trademarks. Little English appears to be trying to pass off its brand as bella bliss and to be creating consumer confusion in an attempt to profit off the goodwill of the bella bliss brand. A few non-limiting examples of such misappropriation is attached hereto as **Exhibit C**.

The Lanham Act, 15 U.S.C. § 1114(1)(a), prohibits "any person....without consent of the registrant [from] us[ing] in commerce any reproduction, counterfeit, copy, or colorable imitation of a registered mark in connection with the sale, offering for sale, distribution, or advertising of any goods or services on or in connection with which such use is likely to cause confusion, or to cause mistake, or to deceive."  Moreover, 15 U.S.C. § 1125(a)(1)(A) prohibits "any person...on or in connection with any goods or services, or any container for goods, [from] us[ing] in commerce any word…which is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of such person with another person, or as to the origin, sponsorship, or approval or his over her goods, services, or commercial activities by another person."

Confusion is highly likely given the substantial similarities in the sight, sound, connotation and commercial impression of the marks, as well as the indicia used on Little' English's website and social media pages, and is already occurring. *See* Consumer Confusion Examples, attached hereto as **Exhibit D**. We are confident without substantial changes by Little English, consumer

Ms. Shannon Latham
May 11, 2020

confusion will continue to occur. Additionally, bella bliss has uncovered almost identical use of its designs in connection with the Travelin' Trunk. We also have evidence of you targeting bella bliss customers on Facebook. This repeated pattern of bad behavior is sufficient to hold you personally liable.

Bella bliss has spent valuable resources in creating and maintaining the goodwill in its bella bliss Marks and cannot allow any third party to damage this goodwill by encroaching upon its rights and creating brand confusion or other irreparable harms to its business interest.

Because it appears that Little English's misappropriation is a deliberate attempt to trade on bella bliss's reputation and the goodwill of its bella bliss Intellectual Property, bella bliss will be entitled to attorneys' fees, monetary damages, and treble damages under the Act for your continued conduct. *See* 15 U.S.C. § 1125(c)(5). The Supreme Court recently held in *Romag Fasteners, Inc. v. Fossil Grp., Inc*., No. 18-1233, 2020 U.S. LEXIS 2408 (Apr. 23, 2020) that a plaintiff in a trademark infringement suit is not required to show that a defendant willfully infringed the plaintiff's trademark as a precondition to an award of profits. A winning plaintiff may be awarded injunctive relief, damages, and the defendant's ill-gotten profits. As stated by the Supreme Court, "Section 1117(c) increases the cap on statutory damages from **$200,000 to $2,000,000** for certain willful violations." *Id*. This award of damages is **per infringing mark**. 15 U.S.C. § 1051 *et seq*. (emphasis added).

It has recently also come to our attention that some of Little English's designs blatantly misappropriate bella bliss's Copyrights. Bella bliss owns numerous copyright registrations and has common law rights to all of its proprietary designs, as shown in Exhibit B. Little English appears to be copying and reproducing these proprietary designs. Such misappropriation is without authorization or consent from bella bliss. A few non-limiting examples of such infringement are provided below:

Little English's use of bella bliss's Copyrights violates bella bliss's exclusive rights under 17 U.S.C. § 106, or Section 106 of the United States Copyright Act of 1976.  The Copyright Act grants to the owner of a copyrighted work, *inter alia*, the exclusive right to copy, prepare derivative works of, distribute and display, or authorize third parties to copy, prepare derivative works of, distribute and display the copyrighted works.  *See* 17 U.S.C. § 106(1)-(3), (5).  15 U.S.C. § 1114(1)(a) prohibits "any person....without consent of the registrant [from] us[ing] in commerce any reproduction, counterfeit, copy, or colorable imitation of a registered mark in connection with the sale, offering for sale, distribution, or advertising of any goods or services on or in connection with which such use is likely to cause confusion, or to cause mistake, or to deceive."

For a claim of copyright infringement, one must prove ownership of a valid copyright by the plaintiff and unauthorized copying by the defendant. *Wickham v. Knoxville Int'l Energy Exposition, Inc*., 739 F.2d 1094, 1097, 222 U.S.P.Q. (BNA) 778, 780 (6th Cir. 1984). In order to prove copying by the defendant, the plaintiff may prove access to the protected work, as well as substantial similarity between the works. *Id.*

Here, bella bliss owns numerous copyright registrations, including for the works shown above. *See* Exhibit B. A certificate of registration constitutes *prima facie* evidence of the validity of the copyright and of the facts stated in the certificate. *Sem-Torg, Inc. v. K Mart Corp.,* 936 F.2d 851, 853 (6th Cir. 1991). Thus, the validity of bella bliss's rights in the Works will not be in dispute. Likewise, access by Little English is clear, given your history with the company and your connection to Mis Bordados and other manufacturers of bella bliss. The glaring substantial similarity will also be readily proven. Given the bad faith of Little English in attempting to profit off the goodwill of bella bliss, we are confident we will be able to demonstrate willful infringement.

Ms. Shannon Latham
May 11, 2020

Thus, bella bliss will be entitled to enhanced statutory damages under 17 U.S.C. §504, for up to **$150,000.00 per infringing copy,** as well as court costs and attorneys' fees. 17 U.S.C. §504.

In bringing this matter to your attention, we anticipate that you will understand the seriousness of the matter and will respect the intellectual property rights of bella bliss going forward. Bella bliss takes violations of its intellectual property rights very seriously and has spent valuable resources in researching, developing and marketing its items. Bella bliss will not allow any third party to damage the value of its work by copying, creating derivative works, displaying or distributing such works without authority, or cause other irreparable harms to its business interest.

In light of the foregoing, bella bliss demands that you, Little English, and any other affiliated parties, immediately and forever cease and desist all development, production, and sale of any similar clothing, blanket, pillow, towel, or related children's or adult items based in whole or in part from the bella bliss Intellectual Property. Likewise, bella bliss demands that you, Little English, and any other affiliated parties provide any and all current products based on bella bliss's proprietary designs, and provide an accounting of all profits earned in connection therewith for payment over to bella bliss.

Bella bliss is prepared to vigorously defend its intellectual property rights in this matter. To that end, bella bliss has drafted a Complaint in the United States District Court for the Eastern District of Kentucky, and intends to file and formally serve same upon Little English absent amicable conclusion of this matter. Please provide us with written assurances that you have immediately halted infringing activity and will comply with our other requests **within five (5) business days of the date of this letter** explaining the steps that will be taken and any further actions that will be completed by you to ensure compliance.

This letter is written without prejudice to our client's rights and remedies, including the right to seek an injunction, disgorgement of profits, and attorney's fees, all of which are expressly reserved. We look forward to promptly hearing from you. Let us know if you have any questions.

Sincerely,

Anthony F. Bonner

cc:     Ms. Ashley J. Earle, Esq.
        Ms. Lisa McLean
        Mr. Pope McLean
        Ms. Kelley Farish
        Mr. William Farish, Jr.

Ms. Shannon Latham
May 11, 2020

**Exhibit A**

| Trademark | App. No. Reg. No. | Goods/Services |
|---|---|---|
| B & Design | RN: 3469536 SN: 78816776 | (Int'l Class: 18) duffel bags, and tote bags |
| B & Design | RN: 3321192 SN: 78816785 | (Int'l Class: 25) children's clothing, namely, sweaters, dresses, hats, pajamas, rompers and infant sleepers |
| B & Design | RN: 3327352 SN: 78816761 | (Int'l Class: 24) bed blankets |
| B & Design | SN: 78816807 | (Int'l Class: 16) envelopes for stationery use, office paper stationery, office stationery, paper stationery, stationery boxes, stationery cases, stationery folders, stationery writing paper and envelopes, and stationery-type portfolios |
| BELLA BLISS | RN: 3813454 SN: 77843945 | (Int'l Class: 20) pillows (Int'l Class: 24) children's blankets and blanket throws (Int'l Class: 25) children's clothing, namely, sweaters, shirts, pants, dresses, hats, pajamas, rompers and sleepers |
| PRECIOUS.PURE.B LISS | RN: 5435914 SN: 87113403 | (Int'l Class: 18) duffel bags; tote bags (Int'l Class: 24) bed blankets (Int'l Class: 25) |

5

Ms. Shannon Latham
May 11, 2020

| Trademark | App. No. Reg. No. | Goods/Services |
|---|---|---|
| | | children's clothing, namely, sweaters, dresses, hats, pajamas, rainwear, rompers and infant sleepers |
| B & Design (light blue color claimed)  bella bliss | SN: 88900724 | (Int'l Class 18) Baby backpacks; Bags for carrying babies' accessories (Int'l Class: 24) Baby bedding, namely, bundle bags, swaddling blankets, crib bumpers, fitted crib sheets, crib skirts, crib blankets, and diaper changing pad covers not of paper; Baby blankets (Int'l Class: 25) Baby bodysuits; Baby bottoms; Baby tops; Coats for babies, children, and infants; Dresses for babies, children, and infants; Hats for infants, babies, toddlers and children; Headwear for babies, children, and infants; Jackets for babies, children, and infants; Pajamas for babies, children, and infants; Pants for babies, children, and infants; Shirts for infants, babies, toddlers and children; Shoes for babies, children, and infants; Sweaters for babies, children, and infants; Sweatpants for babies, children, and infants; Sweatshirts for babies, children, and infants; T-shirts for babies, children, and infants |
| BABY BLISS | SN: 88900725 | (Int'l Class: 24) Baby bedding, namely, bundle bags, swaddling blankets, crib bumpers, fitted crib sheets, crib skirts, crib blankets, and diaper changing pad covers not of paper; Baby blankets (Int'l Class: 25) Baby bodysuits; Baby bottoms; Baby tops; Coats for babies, children, and infants; Dresses for babies, children, and infants; Hats for infants, babies, toddlers and children; Headwear for babies, children, and infants; Jackets for babies, children, and infants; Pajamas for babies, children, and infants; Pants for babies, children, and infants; Shirts for infants, babies, toddlers and children; Shoes for babies, children, and infants; Sweaters for babies, children, and infants; Sweatpants for babies, children, and infants; Sweatshirts for babies, children, and infants; T-shirts for babies, children, and infants |

Ms. Shannon Latham
May 11, 2020

## Exhibit B

| Title | Date Registered | Copyright Registration Number |
|---|---|---|
| Bella Bliss, by Bliss Collection, specialty sweaters and classic clothing for children, fall 2004 ; Bella Bliss, by Bliss Collection, specialty sweaters and classic clothing for children, spring 2004 | 2003 | VA0001324226 |
| Bliss Collection 2003 | 2002 | VA0001302967 |
| Bliss Collection 2005 (fabric design) | 2004 | VA0001306368 |
| Bliss collection I (fabric design), 2001 | 2000 | VA0001317718 |
| Bliss Collection I (fall fabric design) 2002 | 2001 | VA0001322213 |
| Bliss Collection I (pictorial) 2002 | 2005 | VAu000666704 |
| Bliss Collection I (pictorial) 2004 | 2005 | VAu000666702 |
| Bliss Collection I (spring fabric design) 2002 | 2001 | VA0001322214 |
| Monkey Design | 2020 | VA0002200882 |
| Butterfly Design | 2020 | VA0002200994 |
| Frog Design | 2020 | VA0002200997 |
| Snail Design | 2020 | VA0002200999 |
| Submarine Design | 2020 | VA0002200870 |

Ms. Shannon Latham
May 11, 2020

**Exhibit C**

| | |
|---|---|
|  |  |
| **bella bliss's**<br>**Signature Swim Trunks**<br>**Launched Spring 2017** | **Little English's**<br>**Misappropriation**<br>**Spring 2018** |

| | |
|---|---|
|  |  |
| **bella bliss's**<br>**Signature Bubble, Fall 2011** | **Little English's Misappropriation**<br>**Fall 2014** |

| | |
|---|---|
|  |  |
| **bella bliss's**<br>**Signature blue knit cherry sweater** | **Little English's**<br>**Misappropriation** |

Ms. Shannon Latham
May 11, 2020



| bella bliss's signature paddock design launched in 2002 | Little English's Misappropriation |

Ms. Shannon Latham
May 11, 2020



| bella bliss's hand-drawn design; bella bliss's proprietary Frog Design Fall 2002 | Little English's Misappropriation 2017 |

Ms. Shannon Latham
May 11, 2020



| bella bliss's | Little English's |
| --- | --- |
| **Signature Eloise blouse and jumper** | **Misappropriation** |
| **Launched Fall 2012** | **Fall 2013** |

Ms. Shannon Latham
May 11, 2020



| **bella bliss's** **hand-drawn snail design;** **bella bliss's signature** **Snail design drawn in 2003** **Launched Fall 2004** | **Little English's** **Misappropriation** **2018** |
|---|---|



| **bella bliss's** **hand-drawn butterflies;** **bella bliss's signature butterfly design** **Fall 2002** | **Little English's** **Misappropriation** **2018** |
|---|---|

Ms. Shannon Latham
May 11, 2020



| bella bliss's Signature Sailor Bubble Launched Spring 2015 | Little English's Misappropriation Spring 2020 |
|---|---|



| bella bliss's custom jungle print 2012 | Little English's Misappropriation 2020 |
|---|---|

Ms. Shannon Latham
May 11, 2020



| bella bliss's hand-drawn monkey design; bella bliss's Signature Monkey Design | Little English's Misappropriation 2018 |



| bella bliss's hand-drawn submarine 2009 | Little English's Misappropriation 2018 |

Ms. Shannon Latham
May 11, 2020



| bella bliss's<br>Hand-drawn turtle design;<br>bella bliss signature turtle design,<br>Spring/Summer 2007 and 2013 catalogs | Little English's<br>Misappropriation<br>2019 |
|---|---|

15

Ms. Shannon Latham
May 11, 2020



| **bella bliss's** **hand-drawn whale design;** **bella bliss's whale design** **Fall 2002** | **Little English's** **Misappropriation** **2018** |
|---|---|





| **Bella Bliss's** **Signature Dragonfly Sweaters** **Launched 2005** | **Travelin' Trunk's Misappropriation** |
|---|---|

Ms. Shannon Latham
May 11, 2020



| bella bliss's hand-drawn helicopters; bella bliss's signature helicopter design 2009 | Travelin' Trunk's Misappropriation 2018 |

17

Ms. Shannon Latham
May 11, 2020

**Exhibit D**



Notably, not a single one of these pieces is a bella bliss garment.

Ms. Shannon Latham
May 11, 2020



Ms. Shannon Latham
May 11, 2020

