# EXHIBIT K



# Zielke Law Firm, PLLC

462 S. 4TH STREET
SUITE 1250
LOUISVILLE, KY
40202-3465
(502) 589-4600
WWW.ZIELKEFIRM.COM

LAURENCE J. ZIELKE
OF COUNSEL
lzielke@zielkefirm.com

May 18, 2020

**via email**
tony.bonner@dinsmore.com
ashley.earle@dinsmore.com

Mr. Anthony F. Bonner
Ms. Ashley J. Earle
Dinsmore & Shohl, LLP
255 East Fifth Street
Suite 1900
Cincinnati, OH 45202

      Re:    Continuing harassment by Bella Bliss and its interference with Little English's business endeavors

Dear Mr. Bonner:

      I am in receipt of your letter of May 11, 2020. Please be advised that Latham Companies, LLC is represented by Zielke Law Firm, PLLC, and you should address any further communication to me and my law partner, Karen Jaracz, jointly.

      Little English flatly and unequivocally denies the baseless allegations made by Bella Bliss of misappropriation of its intellectual property. Your client's assertions are false and ill-founded, both in fact and in law. The threat of litigation conveyed by your letter is part of a continuing pattern by Bella Bliss of interference, without justification, in Little English's business, motivated by the spite and malice of its owner, Lisa McLean.

      Bella Bliss did not create the genre known as classic children's clothing or the well-defined aesthetic which is its hallmark. As your clients are well-aware, classic children's clothing is built on long-existing pattern staples such as day gowns, jon jons, button-ons,

May 18, 2020
Page 2 of 4

bubbles, and pinafores. These pieces are crafted from traditional textile designs such as gingham, eyelet, seersucker, and floral prints and finished with techniques such as smocking and shadow embroidery. Color palettes are typically minimal and pastel.

Little English proudly designs each of its own pieces and denies that it has ever sought to imitate the work of any competitor, least of all Bella Bliss. All competitors within the market are guided by the general aesthetics for which the genre is known. Classic children's clothing existed stylistically before Bella Bliss was ever formed and your client cannot claim any protectable interest in the general design elements of classic children's clothing.

Indeed, as you are no doubt aware, clothing is a "useful article" and neither the finished piece nor particular elements essential to the garment are generally protected or copyrightable. The United States Supreme Court has stated unequivocally that a clothing manufacturer cannot "prevent anyone from manufacturing [a clothing item] that is identical in shape, cut, or dimensions." *Star Athletica, L.L.C. v. Varsity Brand, Inc.*, 137 S.Ct. 1002, 1006 (2017). Your client, then, would have no protectable interest in patterns or general designs and any claim pursued on this theory would fail as a matter of law.

Your letter identifies five designs and one fabric over which Bella Bliss allegedly has copyright protection. We have had the opportunity to review the photographs you provided and find no infringement. This is no surprise given that Little English independently designs each of its pieces.

Notably, your letter fails to elucidate what aspects of the designs your client believes would render them protectable and further fails to provide any analysis as to whether the Little English designs and Bella Bliss designs bear any similarity with respect to these elements. The designs over which Bella Bliss claims protection are of naturally-existing animals (frogs, turtles, snails, etc), undermining the argument that the depictions contain original work. To prevail on a copyright infringement claim, your client would have to establish what makes its design unique and protectable. Elements common to the topic being depicted are *scenes a faire.* That two companies would have green frog designs is not unusual or indicative of copying; frogs are green – this is a work of nature, not an original artistic expression. *See, e.g., Winfield Collection, Ltd. v. Gemmy Industries, Corp.*, 147 Fed.Appx.547 (6th Cir. August 29, 2005)("It was thus correct noting that elements such as a flowing cape, curled boots, black clothing, and a broom are scenes a faire for a witch, or at least so abstract as to constitute unprotectible ideas rather than particularized expression."). As with the yellow duck designs over which Bella Bliss attempted to claim copyright protection previously, we do not believe that Bella Bliss would be successful in establishing that these generic designs are even protectible.

Indeed, the generic designs and motifs over which Bella Bliss claims protection are frequently seen on children's clothing. An internet search reveals, for example, that Target is currently carrying a line by Carter featuring cartoon turtles. (Exhibit 1). Blue sweaters with cherries are currently available both at sears.com (by Gucci) and on amazon.com. (Exhibit 2). Macy's lists a body suit by First Impressions bearing a snail, as does "Mom n Me," a brand that is attempting to emulate classic children's clothing. (Exhibit 3). Remembering Nguyen has a

May 18, 2020
Page 3 of 4

helicopter shortall this spring. (Exhibit 4). I don't think we even have to address the "yellow submarine," given the popularity of this concept due to the famous Beatles song. Please advise whether you have made similar claims of copyright infringement against these entities. To fail to do so would undermine your claim that you have a protectable design and would further highlight that any infringement claims pursued only against Little English are retaliatory in nature.

Your allegation of trademark infringement hardly warrants a response. The trademarked corporate names Little English and Bella Bliss do not sound remotely similar and do not have a similar written appearance. As you are likely aware, Little English is a registered trademark. (SN 3243732). In order to obtain this certification, the United States Patent and Trade Office reviewed Little English's application and determined there was no "likelihood of confusion" with any existing trademark, undermining your arguments.

As for the graphic logo, it is beyond comprehension that anyone would confuse Bella Bliss's logo, with the appearance of a stitched lowercase "b," with the fully-written script words "little english". You cite no authority for the proposition that, because Bella Bliss's logo is light blue and contains lowercase letters, this would bar every other company from utilizing a light blue color with lower case letters in its logo.[1] In fact, the Supreme Court has rejected the notion that color is distinctive and protectable absent proof that it has acquired secondary meaning (which you do not allege). *Wal-Mart Stores, Inc. v. Samara Bros., Inc.*, 529 U.S. 205, 211 (2000).

Likewise, you fail to offer competent evidence of any brand confusion. Your first proffered example does not illustrate brand confusion; it illustrates "hashtag stuffing" and "hashtag bragging," forms of hashtag abuse whereby someone uses copious hashtags, even if only marginally related to their post, to try to garner as much attention as possible and uses the hashtag of another to try to elevate the perception of their post. This is a common tactic of fashion influencers. Other examples of the practice are included here as Exhibit 6. Contrary to establishing that there is brand confusion, this consignment shop's Instagram post establishes awareness of the fact that Little English and Bella Bliss are separate brands with different customer bases, and it is attempting to appeal to both bases.

Your second example of alleged brand confusion is particularly interesting to us since it indicates the comments shown therein are responses to your client's comment on a post by Kasey Rivera. It is notable that you've left your client's comment off this thread. Please produce a copy of the full thread to provide appropriate context. Ultimately, however, this example again establishes that consumers in this market are discerning and recognize that Little English and Bella Bliss are two distinct brands.

I encourage you to revisit this matter with your client before taking any further steps

---

[1] We note that it was only as of May 5, 2020 that Bella Bliss has ever claimed the color of its logo to be a "feature of the mark." Since 2006, your filings have specifically disclaimed that color was a feature of the mark. (*See,* Exhibit 5, Registration No. 3321192). As you know, listing a color on your image trademark is a limitation on the mark, and does not operate to bar use of the color in distinguishable trademarks.

May 18, 2020
Page 4 of 4

toward litigation.  First, it appears you may be mis-informed on some key factual information relevant to this matter.  For example, your letter contains a claim that Travelin' Trunk misappropriated a design of Bella Bliss in 2018, but even a cursory review of Travelin' Trunk's Facebook page would have alerted you to the fact that Travelin' Trunk has not operated since 2015.  (Exhibit 7, Travelin' Truck Facebook post).

Secondly, as set forth above, Bella Bliss's claims are not legally supportable.  Are your clients aware that the Copyright Act grants the prevailing party an award of its attorney's fees and that, if it is unsuccessful on its claims, it will potentially be liable to Little English for the reasonable attorney fees incurred in raising its defense to any action instituted against it?  *Fogerty v. Fantasy, Inc.*, 510 U.S. 517 (1994).

Additionally, bringing unfounded claims for copyright infringement opens your clients up to a claim for wrongful use of civil proceedings.  In Kentucky, the institution of judicial proceedings which terminates in favor of the defendant and which was brought for a purpose other than "securing the proper adjudication of the claim" may give rise to a cause of action for wrongful use of civil proceedings.  Bella Bliss is currently the defendant in business litigation brought by Little English.  It is telling that Bella Bliss would threaten litigation only after Little English brought its Fayette Circuit Court suit to address Bella Bliss's wrongful actions in tortiously interfering with Little English's relationship with Mis Bordados.  Clearly, the threatened litigation is retaliatory and intended merely as a tactical maneuver, rather than the legitimate pursuit of a resolution of a legal dispute over intellectual property.

At the very least, Bella Bliss's threat is but another example of its malicious and spiteful interference with Little English's business.  Your clients should expect to see your letter as an exhibit in the Fayette Circuit Court case, in support of its claims for punitive damages.

We encourage Bella Bliss to reevaluate its position in light of the clear legal authority on this matter.  If it continues forward with its ill-advised plan to file suit, we will defend vigorously and, upon achieving a successful result for Little English, seek recovery of our attorneys' fees expended and take any steps necessary to prevent further abuse, harassment, and interference by Bella Bliss with Little English's business.

        Sincerely,

        /s/ Laurence J. Zielke

        Laurence J. Zielke

Enclosures

# turtle baby clothes

Target / Kids / turtle baby clothes (1315)

More filters   Sort by Relevance

Get it fast   Filter

1315 results



**Baby Boys' 2pc Turtle Shortall Set - Just One You® made by carter's Green** 

Just One You made by carter's

Target / Kids / Baby Clothing / Baby Girl Clothing

# Baby Girls' Turtle One Piece Pajama - Just One You® made by carter's Pink

Shop all Just One You made by carter's




$7.99

new at ⊙  ☆☆☆☆☆  be the first!

**Quantity**
1

**Size** Newborn     Size chart

| Newborn ✓ | 3M | 6M | 9M |

**Pick up today** at **Waterford Park**
Edit store

Only 2 left
Ready within 4 hours with Order Pickup

Pick it up

**Deliver to** 40203
Edit zip code

Ship it

# Sears

Home / Clothing / Girls' Clothing / Girls' Shirts /

## Gucci Childrens Navy Cotton Jersey Cherry Print Sweatshirt 36 Months 457689 4466

Louisville, KY 40201





j           ♡ add to list

**Description** See Hottercooler's product description

36 month 13 2/8" 12 2/8" 13 4/8" 13" 15 4/8". 100% Cotton. And be sure to add us to yourfavorites list ! Color appearance may vary depending on your monitor settings. Sizes listed are based on the item label.

h

**Related Links**

add to registry ▾

### Shop Marketplace with Confidence    eBay

Now you can shop eBay alongside millions of other Sears Marketplace items. We're working only with eBay's most trusted sellers so you can continue to shop with confidence.

Learn more



advertisement

GUCCI            Gucci Girls' Shirts
                 Gucci Girls' Shirts
                 All Gucci



5/18/2020, Amazon.com: Cherry Knitted Baby Girls Sweaters Kids Autumn Sweater Children Cardigan Girls Sequined Outerwear Winter Clothes: Cl…

Case 5:20-cv-00217-CHB-MAS Doc #: 1-12 Filed: 05/22/20 Page: 9 of 18 - Page ID #: 169



| | Clothing, Shoes & Jewelry ▼ | | Hello, Karen<br>Account & Lists ▼ | Returns<br>& Orders | Prime ▼ | 1<br>Cart |

Deliver to Karen
Louisville 40203    #FoundItOnAmazon   Buy Again   Find a Gift   Whole Foods   Prime Video                Alexa can help at home

**Amazon Fashion**   Women   Men   Kids   Luggage   Sales & Deals   New Arrivals   prime wardrobe Try before you buy


prime wardrobe Try before you buy ›



### Huiya
**Cherry Knitted Baby Girls Sweaters Kids Autumn Sweater Children Cardigan Girls Sequined Outerwear Winter Clothes**

Price: **$26.88**

Get $100 off instantly: Pay $0.00 upon approval for the Amazon.com Store Card.

**Color:** Blue

  

**Size:**

| Select |

- FABRIC COMPOSITION: 100%cotton. A selection of fabrics for a comfortable feel.
- Bright colorful cherry printed sweater, boutique and breezy, kids will get tons of compliments on it!
- Suitable outter wear in Spring and Autumn for any occasion
- Kinldly please check the size details before you placing your order.Any question about our items,please feel free to contact us,we will try our best to serve you.
- Hand wash or machine wash,suggest using washbag to protect the pullover when machine washing

Report incorrect product information.

**To buy, select Size**

| Add to Cart |

| Add to List |

| Add to Baby Registry |

Share

Roll over image to zoom in

## Customers also shopped for
Page 1 of 3

    

| ZTXHRS Flower Baby Girls Dress Pink Tulle Toddler Party Tutu Dress Pageant Gown Flower Girl Baby 1 Year Birthday Outfit<br>$27.99 - $29.99 | Yikey Baby Girls Casual Dress, Toddler Summer Lace Ruffles Layered Princess Dress<br>$24.49 | Toddler Baby Girl Christmas Party Ruffle Long Sleeve Plaid Tutu Princess Dress Outfit<br>30<br>$4.99 - $10.99 | Lavany 2Pcs Baby Girls Boy Flower Skull Bone Hoodie Tops+Pants Outfits Toddler Set<br>1<br>$7.79 - $8.59 | Toddler Baby Girls Party Dress Knitting Tulle Cap Lace Princess Tutu Wedding Skirt Outfit<br>35<br>$11.99 - $14.99 |

Macy's / Kids / All Baby



**First Impressions**
Baby Boys Snail Bodysuit, Created for Macy's

★★★★★ 1 Reviews

This product is currently unavailable

See Similar Items that are available for purchase now!

Product Details

A sweet little snail crawls across his playful look with this knit bodysuit from First Impressions.

- Snaps at bottom; lap shoulders
- Footless
- Snail graphic print and appliqué at front
- Created for Macy's
- Cotton/elastane
- Machine washable
- Imported
- Savings Based On Offering Prices, Not Actual Sales
- Web ID: 7411199

Shipping & Returns

By continuing to use our site, you consent to the placement of our cookies on your browser. Find Out More Here

5/18/2020, Case: 5:20-cv-00217-CHB-MAS Doc #: 1-12 Filed: 05/22/20 Page: 11 of 18 - Page ID#: 171

Mom n Me Snail Mail aqua shortall with smocked snails. Very cute and matches the girls.

- Petit Ami Spring/Summer Clothes
- Petit Bebe
  - Petit Bebe Girls
  - Petit Bebe Boys
- Kissy Kissy
  - Kissy Kissy Spring/Summer Girls
  - Kissy Kissy Spring/Summer Boys Infant
  - Kissy Kissy Year Round Infant
  - Kissy Kissy Fall/Winter Girls Infant
  - Kissy Kissy Boys Fall/Winter Infant
  - Kissy Kissy Toddler
- Magnolia Baby
  - Girls Magnolia Baby
  - Boys Magnolia Baby
- Squiggles
- School Uniforms
- Store Policy
- .

Home | Mom n Me | Mom n Me Boys Clothes | Mom n Me Snail Mail aqua shortall with smocked snails. Very cute and matches the girls.

Home | Baby Clothes | Baby Clothes Spring/Summer | Spring Boys Baby Clothes | Mom n Me Snail Mail aqua shortall with smocked snails. Very cute and matches the girls.



## Mom n Me Snail Mail aqua shortall with smocked snails. Very cute and matches the girls.

Item# Smocked-Baby-Boy-clothes-sale--s3120019bi

Regular price: $49.50    Sale price: **$24.75**

Size: 3m

*Availability:* Usually ships the same business day.

Qty: 1    ADD TO CART

Mom n Me Snail Mail aqua shortall with smocked snails. Very cute and matches the girls.



Like    Be the first of your friends to like this.



- - Petit Ami Spring/Summer Clothes
- Petit Bebe
    - Petit Bebe Girls
    - Petit Bebe Boys
- Kissy Kissy
    - Kissy Kissy Spring/Summer Girls
    - Kissy Kissy Spring/Summer Boys Infant
    - Kissy Kissy Year Round Infant
    - Kissy Kissy Fall/Winter Girls Infant
    - Kissy Kissy Boys Fall/Winter Infant
    - Kissy Kissy Toddler
- Magnolia Baby
    - Girls Magnolia Baby
    - Boys Magnolia Baby
- Squiggles
- School Uniforms
- Store Policy
- .

Home | Remember Nguyen | Remember Nguyen Spring/Summer | Remember Nguyen Boys Infant | Remember Nguyen Helicopter Shortall.

Home | Baby Clothes | Baby Clothes Spring/Summer | Spring Boys Baby Clothes | Remember Nguyen Helicopter Shortall.



## Remember Nguyen Helicopter Shortall.

Item# newitem1448519945

Regular price: $59.50    Sale price: $17.85

size: 3m ▼

*Availability:* Usually ships the same business day.

Qty: 1    ADD TO CART

Remember Nguyen Helicopter Shortall. In light blue gingham, your little pilot will look sharp in this flight-themed shortall. Our signature one-piece features a trio of bright, hand-stitched helicopters across the smocked bodice. Buttons at the shoulders and snaps underneath on sizes up to 2T assist with dressing.

 Like   Be the first of your friends to like this.





### United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Mon May 18 03:47:24 EDT 2020

Logout   Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

( Use the "Back" button of the Internet Browser to return to TESS)



| | |
|---|---|
| **Word Mark** | B |
| **Goods and Services** | IC 025. US 022 039. G & S: Children's clothing, namely, sweaters, dresses, hats, pajamas, [ rainwear, ] rompers and infant sleepers. FIRST USE: 20060731. FIRST USE IN COMMERCE: 20060731 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 09.01.01 - Fringes, yarn/thread; Thread; Wool; Yarn<br>26.11.21 - Rectangles that are completely or partially shaded |
| **Trademark Search Facility Classification Code** | ART-09.01 Textiles other than clothing<br>LETS-1 B A single letter, multiples of a single letter or in combination with a design |
| **Serial Number** | 78816785 |
| **Filing Date** | February 16, 2006 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | October 10, 2006 |
| **Registration Number** | 3321192 |
| **Registration Date** | October 23, 2007 |
| **Owner** | (REGISTRANT) Bliss Collection LLC LIMITED LIABILITY COMPANY KENTUCKY 209 North Limestone Lexington KENTUCKY 40507 |
| **Attorney of Record** | Anthony F. Bonner, Jr. |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of a stylized "b" that consists of thread to create the image of the letter "b". |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20171106. |

| | |
|---|---|
| **Renewal** | 1ST RENEWAL 20171106 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY





**63 likes**

**fancysproutsrva** Just in! Girls sizes 4-6! 💕 Comment below for a tag when we start ⬇️

#childrensresale #miniboden #classicchildrensclothing #hannaandersson #hannaanderssonforsale #onlylittleonce #minibodenforsale #traditionalchildrenswear #kidsresale #kidsconsignment #shoprva #magicofmotherhood #littleenglish #lillypulitzerresale #lillypulitzerkids #bellabliss

View all 78 comments

October 11, 2019







Case: 5:20-cv-00217-CHB-MAS Doc #: 1-12 Filed: 05/22/20 Page: 17 of 18 - Page ID#: 67

↶ Reply all  ⌄    🗑 Delete    ⊘ Junk    Block    …

### (No subject)

---

**Home**   About   Photos   Events   Notes   Posts



**The Travelin' Trunk**
Jun 9, 2015 at 11:35 AM · 🌐

I want to thank all of our loyal TT Customers for helping make our company a success. However due to my growing family I am unable to continue the level of customer service and quality of products you have come to expect. At this time we are no longer producing Travelin' Trunk clothing.

I would like to encourage all our fans to like **Little English Clothing** and visit their website at www.littleenglish.com to find beautifully made clothing and amazing customer service.

Thank you again for all your support! -Caroline

LITTLEENGLISH.COM
**Classic Children's Clothing ~ Smocked Dresses, Smocked Children's Clothing, SALE...**